**BEALL & BURKHARDT, APC**
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774

Attorneys for Grimm Investments, LLC

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | )  Bk. No. 22-02483-CL11 |
| | )  Chapter 11 |
| Rosamond 5 Properties, LLC, | ) |
| | )  RS No. WCB-1 |
| Debtor. | ) |
| | )  **DECLARATION OF LARRY SCOTT IN** |
| _____ | )  **SUPPORT OF MOTION FOR RELIEF** |
| | )  **FROM STAY** |

I, Larry Scott, declare and state as follows:

1.      I am an appraiser licensed by the Bureau of Real Estate Appraisers.  My license number is AG010141.  A list of my professional qualifications is attached to the various appraisal reports.  Each of the matters set forth below is stated of my personal knowledge and if called as a witness I could testify to each of them.

2.      My office is in Yorba Linda, California and I have familiarity with the market in Borrego Springs, California.

3.      At the request of Grimm Investments, LLC, I performed an appraisal of the real property located at 830-50 Palm Canyon Dr. Borrego Springs, CA 92004.    The appraisal was completed after a personal inspection of the premises as detailed in said report.

4.    A true and correct copy of my written appraisal report is attached hereto as Exhibit A and incorporated herein by this reference.

5.    In my professional opinion, the property located at 830-50 Palm Canyon Dr. Borrego Springs, CA 92004 had a value of $769,000 as of December 4, 2022.

I declare the foregoing is true under penalty of perjury under the laws of the United States.

Dated:  12/6/2022

Larry Scott

Narrative Appraisal Report of a Mobile Home Park Property



Located at:

830–850 Palm Canyon Drive, Borrego Springs, CA 92004
APN: 141–370–34–00
GPS: +/– 33.256826, –116.368268 (Approximate SEC)


Effective Date: December 4, 2022
Inspection Date: December 4, 2022
Signature Date: December 6, 2022


Client:
Grimm Investments LLC DBA Bracknell Capital
1377 East Valley Rd.
Santa Barbara, CA 93108
Attn: Colin Miller


Prepared By:
Larry Scott
Larry Scott Appraisal Service
California State Certified General Appraiser
22711 Oakcrest Circle, Suite 419. Yorba Linda, CA 92887

Larry Scott Appraisal Service

File # 37425-2

December 6, 2022

Grimm Investments LLC DBA Bracknell Capital
1377 East Valley Rd.
Santa Barbara, CA 93108
Attn: Colin Miller

Re:     Appraisal and Report of:
        830-850 Palm Canyon Dr, Borrego Springs, CA 92004
        Our File #37425-2

Dear Mr. Miller

Please find on the pages that follow, a narrative appraisal report of the Mobile Home Park located at
830-850 Palm Canyon Dr, Borrego Springs, CA 92004.
APN: 141-370-34-00.
SEC GPS: +/-33.256826, -116.368268

In accordance with your request, I have conducted an appraisal of the above-captioned property.
The property is valued using generally accepted appraisal principles and theory. The report is
intended to conform to the Uniform Standards of Professional Appraisal Practice (USPAP), the
Financial Institutions Reform, Recovery and Enforcement Act (FIRREA) standards, and IRS
published reporting guidelines identified herein.

Secondarily, the appraisal has been developed in accordance with the terms and conditions detailed
in our agreement for services authorized October 04, 2022.

This appraisal assignment is presented utilizing a summary format.  It is intended to comply with the
guidelines set forth under Standard Rule 2-2(a/b) of the Uniform Standards of Professional
Appraisal Practice 2020-2021 Edition (USPAP).  No departure from the above stated guidelines was
deemed necessary to produce reliable conclusions and/or credible assignment results.

Based on the valuation analysis in the accompanying report, and subject to the Definitions,
Assumptions, and Limiting Conditions discussed in this report, the Fee Simple value of the Subject
property effective December 4, 2022 is:

| $769,000 |
| --- |
| Seven Hundred Sixty Nine Thousand Dollars. |

Respectfully Submitted,

Larry Scott

_____

California State Certified General Appraiser
License Number AG010141

December 6, 2022
Date Signed

Page 1 of 57

Larry Scott Appraisal Service                                                                          File # 37425-2

## Table of Contents

Identification of Property & Assignment Considerations

    Summary of Salient Facts ............................................. 3
    Identification of the subject ........................................... 4
    Purpose of the appraisal ............................................. 5
    Definition of market value ........................................... 5
    Property rights appraised ............................................ 5
    Client and assigns, intended user, intended use ........... 6
    Scope of work ........................................................... 7
    Hypothetical Conditions and Extraordinary Assumptions ... 7
    Additional Client Advisements ..................................... 8

Property Analysis

    Market Area and Neighborhood Discussion ................. 10
    Site Discussion ....................................................... 14
    Satellite Views ................................................... 20-21
    Plat Map ................................................................ 15
    Assessment and Tax Data ........................................ 17
    Zoning Details ........................................................ 22
    **Improvement's** Discussion ....................................... 27
    County Parcel Profile ............................................... 30
    Subject Photo Pages ............................................... 32
    Highest and Best Use .............................................. 34

Valuation Development

    Approaches to Value Discussion ............................... 35
    Cost Approach ........................................................ 35
    Income Approach Discussion ..................................... 43
    Direct Sales Comparison Discussion ........................... 46
    Findings and Reconciliation Discussion ....................... 51

Addenda

    Certification ........................................................... 52
    Standard Assumptions & Limiting Conditions ............... 53
    Appraiser Profile ..................................................... 56
    Appraiser License Copy ............................................ 57

Larry Scott Appraisal Service

File # 37425-2

## SUMMARY OF SALIENT FACTS & CONCLUSIONS

| | |
|---|---|
| Property Appraised: | 830-850 Palm Canyon Dr, Borrego Springs, CA 92004 |
| Property Type: | Mobile Home Park |
| Gross Site Area: | 461,300 Square Feet (+/-10.59 Acres) |
| Assessor's Parcel No.: | 141-370-34-00 |
| GPS Co-Ord | 33.256826, -116.368268 (Approximate Site SEC) |
| Building Area(s): | Building 1 +/- 1,978 Sqft. Unknown Use |
| | Building 2: +/- 4,512 Sqft. Vacant, prior Daycare Use |
| Flood Area: | Zone AO<br>FEMA Panel 06073C0675G, Dated 05-16-2012<br>(See site Discussion for important Flood detail) |
| Ownership: | Owner 1: Rosamond 5 Properties, LLC |
| Zoning: | C36 (General Commercial) |
| Census Tract | 0210.02 |
| Highest and Best Use: | Please see Page 31 of this report. |
| Property Rights Appraised: | Fee Simple |
| Date of Value: | December 4, 2022 |
| Opinion of Value: | $769,000 |

Larry Scott Appraisal Service                                                      File # 37425-2

## IDENTIFICATION OF THE SUBJECT

Address: 830–850 Palm Canyon Dr. Unincorporated Census Designated Place (CDP) of Borrego Springs, County of San Diego, State of California, Zip Code 92004. Address as indicated on the attached property profile is utilized for this report.



San Diego County Assessors Identification: 141–370–34–00

LEGAL DESCRIPTION: The land referred to herein is situated in the County of San Diego, State of California, and is described as follows:

Parcel 1 of parcel map 8500, County of San Diego, State of California, according to map thereof filed in the office of the County Recorder of San Diego County March 8, 1979.

## CURRENT OWNERSHIP AND SALES HISTORY

Public Records indicates the current owners as:
Owner 1: Rosamond 5 Properties LLC

The last **"for value"** transfer of title recorded 03/25/2005 (multi parcel) @ $818,500. Subsequent **"non–value" transfers recorded 11/27/2013 transferring ownership** from Patrick Kealy to Rosamond 5 Properties LLC.

Last mortgage type encumbrance of record is a conventional TD 04/14/2017 @ $2,200,000. Property tax arrearages are discussed on the assessment and taxes page 17 of this report.  Other encumbrances or liens are unknown. A current title report review is recommended.
The subject property does not appear to be subject to any current sales, lease, or listing contract(s) as of the effective date of this report.

PURPOSE OF THE APPRAISAL

The purpose of this appraisal is to provide the client and assigns with the physical, legal, locational, and financial aspects of the property appraised, so as to assist the client in financial decisions.

DEFINITION OF MARKET VALUE

As found in the 2020-2021 USPAP guidelines:

MARKET VALUE: a type of value, stated as an opinion, that presumes the transfer of a property (i.e., a right of ownership or a bundle of such rights), as of a certain date, under specific conditions set forth in the value definition that is identified by the appraiser as applicable in an appraisal.

Fair Market Value is also defined by the California Code of Civil Procedure, Section 1263.320 as:

"(a) The fair market value of the property taken is the highest price on the date of valuation that would be agreed to by a seller, being willing to sell but under no particular or urgent necessity for so doing, nor obliged to sell, and a buyer, being ready, willing, and able to buy but under no particular necessity for so doing, each dealing with the other with full knowledge of all the uses and purposes for which the property is reasonably adaptable and available.

(b) The fair market value of property taken for which there is no relevant, comparable market is its value on the date of valuation as determined by any method of valuation that is just and equitable. "

PROPERTY RIGHTS APPRAISED

Given the assumption that any space rent contracts that may exist are a minimum duration of 12 months, the subject property rights are considered Leased Fee Estate.

For this assignment, the site is appraised as unencumbered Leased Fee Ownership.

*Overview summary of Leased Fee Estate Ownership:*

*An ownership interest held by a landlord with the right of use and occupancy conveyed by lease to others; the rights of lessor or the leased fee owner and leased fee are specified by contract terms contained within the lease. A property consisting of the right to receive rentals over a period of time, plus the right of ultimate repossession at the termination of the lease.*

Larry Scott Appraisal Service

File # 37425-2

ASSIGNMENT DISCUSSION

INTENDED USER(S)

Client(s)
Grimm Investments LLC DBA Bracknell Capital
1377 East Valley Rd.
Santa Barbara, CA 93108
Attn: Colin Miller

Assign(s)
William Beall
Beall & Burkhardt, APC
1114 State Street, Suite 200
Santa Barbara, CA 93101
805-966-6774
Will@beallandburkhardt.com

The intended user(s) of this report is the client and assign only. One assign(s) is identified in the revised agreement dated December 4, 2022 and/or assignment instructions. Per the original agreement, signed engagement, and supplements if any, the users are identified above.

This appraisal is consistent with the substance and principles detailed in the 2020-2021 Uniform Standards of Professional Appraisal Practice ("USPAP"), as developed by the Appraisal Standards Board of the Appraisal Foundation. Additional information is available at http://www.appraisal foundation.org.

I Larry Scott, am a California State certified general appraiser, with an active license in good standing. I have the certification and the experience necessary to develop this assignment with complete competence.

This report is not intended for use by any entity or person not specifically identified in the original agreement.  The author of this appraisal report shall not be liable nor responsible, and shall be held harmless for any use of this report by any entity or person not identified in writing as an intended user.

INTENDED USE OF THE APPRAISAL

The intended use of this appraisal is to provide the client and assigns with the physical, legal, locational, and financial aspects of the property appraised, so as to assist in financial and/or legal decisions.

DATE OF VALUATION
The effective date of valuation is December 4, 2022.
The date of inspection is December 4, 2022

Page **6** of 57

Larry Scott Appraisal Service

File # 37425-2

ASSIGNMENT DISCUSSION (continued)

MARKETING PERIOD/EXPOSURE TIME

A reasonable marketing time for the subject parcel, in light of the property's present characteristics and current market conditions is 30-300 days. The reasonable exposure time is estimated at 0-277(range) 81(average) days. (Assumes cash equivalent transaction and competitive pricing).

SCOPE OF WORK

The scope of work for this assignment are the tasks that meet or exceed those necessary to produce credible assignment results, and produce an appraisal report in summary format per assignment instructions. A summary of tasks performed includes but is not limited to the following:

Clear identification of the property being appraised utilizing USPS, Public Records, Los Angeles Assessor, and Title data.

Extensively research/procure the quantity and quality of data deemed necessary to develop reliable analysis, and produce credible assignment results.

Personal field inspections were made by the appraiser Larry Scott on December 4, 2022 in the development of this appraisal and report. Those inspections include but are not limited to the subject neighborhood, competitive adjacent communities, comparable properties, the entire subject site, and the reasonably accessible interior and exterior of site improvements.

As requested for this assignment, the inspection of the subject property was limited to the exteriors of the subject site and improvements. It was made primarily off-site and partially on-site. The date of said inspection was December 4, 2022.  Said limited inspection was self-guided from the street and from within reasonably accessible boundaries of the site.  Other inspections include the subject neighborhood, competitive adjacent communities, and comparable properties.

An extensive analysis of the research and field inspection findings was performed. From that analysis the most relevant and competitive data is determined. It is then utilized in the development of the appraisal and report.  The steps, procedures, decisions, and analysis performed in the development of this scope of work is considered similar to the steps likely taken by professional peers given the same assignment considerations.

HYPOTHETICAL CONDITION(S)

The Uniform Standards of Professional Appraisal Practice (Pub. 2018-2019) defines a Hypothetical Condition as a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.

No Hypothetical conditions were utilized in the development of this as-is valuation.

Larry Scott Appraisal Service                                                    File # 37425-2

ASSIGNMENT DISCUSSION (continued)

EXTRAORDINARY ASSUMPTION(S)

The Uniform Standards of Professional Appraisal Practice (Pub. 2018–2019) defines an Extraordinary Assumption as "an assumption, directly related to a specific assignment, as of the effective date of the assignment results, which if found to be false, could alter the appraiser's opinions or conclusions".

As instructed by the client, an extraordinary assumption has been made with reference to the state and functionality of the structural interiors. Hence this is a conditional report, made for client reference only. It is not intended for use in significant financial decisions.

The appraiser reserves the right to modify or nullify any or all findings, opinions, and/or conclusions contained herein should any assumption stated in this report prove false or inaccurate. The actions taken in the development of this appraisal are considered the most likely course of action as would be taken by qualified professional peers given the same assignment considerations, and the intent to develop credible assignment results.

Additional Client Advisements
(strictly reference only)

Covid-19 Pandemic

The world is currently experiencing the coronavirus pandemic that reportedly originated in Asia in January 2020 and has spread throughout the world including the U.S. as announced mid Q1-2020. It has triggered government funded economic stimulus, imposed and policed closures of public meeting places including schools, govt defined "non-essential businesses", and self-quarantine of the masses. All of this resulting in record unemployment claims.

Initial public reactions in the U.S. include emptied shelves at food stores, a shortage of face masks, and a mild panicked state of the masses. This panic state has primarily subsided as of the effective date of this report.

The long term economic impact is not yet measurable. Public awareness initially triggered a significant contraction in the stock market. The Dow Jones Industrial Average declined from 29,220 on February 20, 2020 to 18,591 (+/-36%) on March 16, 2020.

Since that bottom, a volatile equities market (measured with the DJIA) had rebound to its most recent peak in Q4-2021 @ 36,300+/-. Since that peak the DJIA has contracted to its current range of +/-$31,000-33,000. That contraction appears primarily due to the Fed Cental Bank initializing an interest rate increase campaign in Q1-2022 with multiple increases so far in 2022. Benchmark Mortgage rates have changed from +/-3.5% in January 2022 to +/-5.6% as of the effective date of this report.

No assertion or insinuation is made by the appraiser as to future economic trends or the impact, if any on the national/International economies, and/or Real Estate Values attributable to the pandemic. As of the effective date of this report, vaccines have been developed and are being distributed worldwide. For additional Covid related data, please refer to the following link: https://www.cdc.gov/coronavirus/2019-ncov/vaccines/index.html



State Rent Control (AB 1482)

The client and assigns are advised of the passing of CA AB 1482 on October 8, 2019 and in effect until January 1, 2030. This bill limits annual residential rent increases to 5% and stipulates the "just cause" eviction process imposed on property owners.

The scope of AB 1482 applies strictly residential rental units. There is no notable direct impact on the subject property type as of the effective date of this report. However, the impact to property like the subject cannot yet be quantified. This information is provided strictly for client reference. The complete bill can be reviewed at the following link: https://leginfo.legislature.ca.gov/faces/billTextClient.xhtml?bill_id=201920200AB148
*(graph source: TD Ameritrade)*

Larry Scott Appraisal Service

File # 37425-2

## Market Area and Neighborhood Discussion

The subject is located in Census-Designated Place (CDP) of Borrego Springs, in the County of San Diego, State of California, United States. Zip Code is 92004. The city website is http://www.Borrego Springs.us

Borrego Springs is a census-designated place (CDP) in North East San Diego County, California, US, near the Imperial county line to the west, and Riverside county line to the north. Borrego Springs is part of the Greater Los Angeles MSA, and is located in the Mojave Desert just north of Lancaster and Palmdale, two of the largest cities in Antelope Valley. As of the 2020 Census, Borrego Springs's population is 20,255, up from 18,150 in 2010. San Diego County population history stats can be found on page 12 of this report.

Borrego Springs is a sparsely populated suburban bedroom community, and is located +/-60 miles from the Downtown San Diego (city) county hub. The county chamber of commerce writes the following:

"*Welcome to Borrego Springs a gateway to the stunning Anza Borrego Desert State Park, home to the world famous Sky Art Metal Sculptures and one of the few designated International Dark Sky Communities in the world. Whether you're dreaming of star studded evenings or breathtaking mountain and desert views, you'll find both in this desert oasis. Borrego Springs is a year round destination that offers visitor's miles of hiking, biking and equestrian trails. Our unique community is big-box store and street signal free, yet we offer all that our locals and travelers desire. From luxury resorts and spas to award winning golf courses, RV Parks, campgrounds, one of a kind shopping, arts, culture and fabulous dining, Borrego Springs is the ultimate destination for adventure seekers, family retreats, or those in search of total relaxation.  Break free from the norm and "Embrace Borrego!"*

According to the United States Census Bureau, the CDP has a total area of 43.41 square miles (135.550 km2), of which all of it is land and 0 square miles of it is water. The average elevation is 597' ASL. The community is +/-25 miles west of Salton Sea which an inland saline lake that is below sea level.

The community population as of the 2020 U.S census is 3,073. That is down from the 2010 population of 3,429, and up from the 2000 census of 2,535.  The population is made up of both seasonal and year-round residents. Borrego Springs is completely surrounded by Anza-Borrego State Park, the largest California State Park

Borrego Springs has pueblo-style, modern architecture and ranch-style house architecture. A local landmark is the traffic roundabout between the airport and downtown, known as Christmas Circle. The town includes a branch of the San Diego County Library.

### Climate

Borrego Springs has a hot desert climate (Köppen climate classification: *BWh*). Average January temperatures are a maximum of 69.0 °F (20.6 °C) and a minimum of 43.4 °F (6.3 °C). Average July temperatures are a maximum of 106.8 °F (41.6 °C) and a minimum of 74.9 °F (23.8 °C).

There are an average of 172.6 days with highs of 90 °F (32 °C) or higher and an average of only 2.6 days with lows of 32 °F (0 °C) or lower. The record high temperature was 122 °F (50 °C) on June 25, 1990. The record low temperature was 20 °F (−7 °C) on January 5, 1971. Average annual precipitation is 6.13 inches (156 mm) and there are an average of 24 days with measurable precipitation.

The wettest year was 1983 with 18.73 inches (476 mm) and the driest year was 1953 with 1.35 inches (34 mm). The most rainfall in one month was 8.78 inches (223 mm) in January 1993. The most rainfall in 24 hours was 2.46 inches (62 mm) on March 2, 1983. Although snow rarely falls in the lowlands, 6.5 inches fell in December 1967.

Larry Scott Appraisal Service                                                    File # 37425-2

## Transportation

The local public bus system has a few designated stop locations within the community including a stop in front of the subject site. This bus system provides local access as well as access to the metro areas of Palm Springs to the north, and San Diego to the southwest.

The nearest Rail access is the Metrolink station located approximately 40 miles west. Airport access includes Borrego Valley Airport which is a county owned public airport three miles east of Borrego Springs. International Air access is at Palm Springs International Airport approximately 40 miles north, and San Diego International Airport 60 miles southwest.

Sea travel access includes municipal marinas along the San Diego coast, and the industrial Port of San Diego, which accommodates import/export of goods, as well as personal travel including deep water berths that accommodate industrial and cruise line sized vessels.

The public schools in the community are Borrego Springs Elementary, Middle, and High Schools. The only preschool facility noted appears to be conducted at the Elementary School.

Commerce in the Borrego Springs community is primarily a few local retailers including Spa Resorts, Hotels supported primarily by the tourist trade drawn by the 600,000 acre Anza-Borrego Desert State Park. There are also local golf courses, a tennis center, horseback riding facility, and an art museum.

Significant employment hubs include the San Diego metro and Palm Springs metro areas 40-50 miles from the subject community. Some localized employment opportunities are also in closer by small communities, but that are larger in population and commerce than the subject community.

## Single Family Residential Price Trends

A sample of the most recent 12 months of sale activity in the Borrego Springs community produced 93 closed sales. The stats produced are as follows:

Marketing time range is 0-181 days with an average of 42 Days.
Home size range 770-3,862 sqft with an average of 1748 sqft.
Lot size range was 1,999 to 812,830 sqft with an average of 33,798 sqft.
Year Built range was 1952-2013 with an average age of 29 years.
Price range was $170,000 to $845,000 with an average of $411,816.

A 4 year annualized average price per sqft (PPSF) for SFR properties was utilized to establish the 92004 zip code residential price trends. Those annual averages are as follows: 2018=$177, 2019=$170, 2020=$182, 2021=$229, 2022=$254 indicating a 4 year expansion of 27% or 7.34 annually.

Also analyzed is that same PPSF data for the past 12 months. Those factors are as follows: 09/21=$246 vs 08/22=$240. These factors are considered to reflect a stabilizing of residential demand as the Fed has increased rates through 2022 thus far. i.e. The average 30 year fixed mortgage rate has increased from +/-3.5% in January 2022 to the +/-7.25% currently.

Larry Scott Appraisal Service                                                                                      File # 37425-2

## Mobile Home Park Trends

Given the minimal number of Mobile Home Park sales in the competitive area, a comparison of space rent level trends over the past 3 years was compiled. Given that the typical buyer for this type property is based primarily in the income stream, the changes in income levels was deemed to produce the most reliable indication of Park value trends.

The data below is extracted from one large park located in the subject community. This is a 37 unit comparison, whereas the data entries are sorted by closing date listed on the MLS. The time line and space rents for each sale are in light blue. This data is considered to reflect consistency of space rent levels over the 3 year period.

Given that consistency, and the general knowledge of residential pricing over the past 3 years, a search was made to ascertain if Borrego Springs is subject to State MHP Rent Stabilization Ordinance. While several cities in San Diego County are notably on the list, the Borrego Springs community is not. That park below is also not on the list of Resident Owned Communities. Free market forces appear in play with reference to the stability of space rent indicated on the list below. (source: https://mhphoa.com/ca/rso/)

### Park Rent Data

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | St# | St Name | City | MLS Area | Contract Status Change Date | Park Name | Land Lease Amount | SLC | Br/Ba | Sqft | YrBuilt | L/C Price |
| 2 | 1010 | Palm Canyon   #9 | BSPG | 92004 | 8/22/2022 | Road Runner Club | $850.00 | STD | 2/2,0,0 | 1248/P | 1970 | $45,000 |
| 3 | 1010 | Palm Canyon Dr    #6 | BSPG | 92004 | 7/29/2022 | Road Runner Club | $880.00 | STD | 2/2,0,0 | 1140/E | 1971 | $42,500 |
| 4 | 1010 | Palm Canyon Dr #115 | BSPG | 92004 | 7/25/2022 | RoadRunner Club | $820.00 | STD | 2/2,0,0 | 860/P | 1978 | $12,500 |
| 5 | 1010 | Palm Canyon Dr 01010 DR | BSPG | 92004 | 6/30/2022 | Road Runner Club | $850.00 | STD | 2/2,0,0 | 1248/P | 1968 | $29,900 |
| 6 | 1010 | Palm Canyon DR   #18 | BSPG | 92004 | 6/10/2022 | Road Roadrunner Club | $796.00 | STD | 2/2,0,0 | 1440/ | 1972 | $26,200 |
| 7 | 1010 | Palm Canyon DR   #295 | BSPG | 92004 | 6/10/2022 | Roadrunner Club | $874.00 | STD | 2/2,0,0 | 1440/P | 1977 | $42,000 |
| 8 | 1010 | Palm Canyon DR   #114 | BSPG | 92004 | 6/8/2022 | Road Runner Club | $877.00 | STD | 2/2,0,0 | 1152/P | 1978 | $27,900 |
| 9 | 1010 | Palm Canyon DR   #25 | BSPG | 92004 | 5/27/2022 | Road Runner Club | $890.00 | STD | 2/2,0,0 | 880/P | 1969 | $35,000 |
| 10 | 1010 | Palm Canyon Drive    #99 | BSPG | 92004 | 5/27/2022 | Roadrunner Club | $750.00 | STD | 3/2,0,0 | 1320/E | 1971 | $55,000 |
| 11 | 1010 | Palm Canyon DR   #8 | BSPG | 92004 | 4/11/2022 | Roadrunner Club | $846.00 | STD | 2/2,0,0 | 1320/P | 1974 | $57,500 |
| 12 | 1010 | Palm Canyon DR   #166 | BSPG | 92004 | 4/8/2022 | Roadrunner Club | $926.00 | STD | 2/2,0,0 | 1248/P | 1975 | $52,500 |
| 13 | 1010 | Palm Canyon DR   #78 | BSPG | 92004 | 2/21/2022 | Roadrunner Club | $865.00 | STD | 2/2,0,0 | 1440/P | 1971 | $43,500 |
| 14 | 1010 | Palm Canyon DR   #112 | BSPG | 92004 | 2/7/2022 | Roadrunner Club | $825.00 | STD | 2/2,0,0 | 1440/P | 1972 | $29,900 |
| 15 | 1010 | Palm Canyon Drive    #107 | BSPG | 92004 | 1/18/2022 | Roadrunner Club | $790.00 | STD | 2/2,0,0 | 1344/ | 1968 | $16,000 |
| 16 | 1010 | Palm Canyon DR   #120 | BSPG | 92004 | 1/3/2022 | Roadrunner Club | $775.00 | STD | 2/2,0,0 | 1440/P | 1971 | $19,500 |
| 17 | 1010 | Palm Canyon DR   #341 | BSPG | 92004 | 12/31/2021 | Roadrunner Club | $894.00 | STD | 1/2,0,0 | 1440/P | 1977 | $124,900 |
| 18 | 1010 | Palm Canyon DR   #59 | BSPG | 92004 | 12/3/2021 | Road Runner Club | $825.00 | STD | 2/2,0,0 | 1159/ | 1972 | $25,750 |
| 19 | 1010 | Palm Canyon Dr   #296 | BSPG | 92004 | 11/19/2021 | Roadrunner Club | $931.00 | STD | 2/2,0,0 | 1924/ | 1978 | $105,700 |
| 20 | 1010 | Palm Canyon #324 | BSPG | 92004 | 10/29/2021 | Roadrunner Club | $920.00 | STD | 2/2,0,0 | 1440/P | 1977 | $38,000 |
| 21 | 1010 | Palm Canyon DR   #81 | BSPG | 92004 | 10/1/2021 | Roadrunner Club | $830.00 | STD | 2/2,0,0 | 1000/P | 1972 | $10,000 |
| 22 | 1010 E | Palm Canyon DR  E #337 | BSPG | 92004 | 9/3/2021 | RoadRunner Club | $903.00 | STD | 2/2,0,0 | 1536/P | 1978 | $41,000 |
| 23 | 1010 | Palm Canyon DR   #95 | BSPG | 92004 | 8/5/2021 | Roadrunner Club | $863.00 | STD | 2/2,0,0 | 1440/P | 1968/ASR | $23,900 |
| 24 | 1010 | Palm Canyon Drive #28 | BSPG | 92004 | 7/26/2021 | Roadrunner Club | $773.00 | STD | 2/2,0,0 | 1440/ | 1978 | $32,500 |
| 25 | 1010 | Palm Canyon DR   #77 | BSPG | 92004 | 7/26/2021 | Roadrunner Club | $879.00 | STD | 2/2,0,0 | 1252/P | 1972 | $35,000 |
| 26 | 1010 | Palm Canyon Dr   #90 | BSPG | 92004 | 6/10/2021 | Roadrunner Club | $798.00 | STD | 2/2,0,0 | 1153/P | 1973 | $15,000 |
| 27 | 1010 | Palm Canyon DR   #324 | BSPG | 92004 | 6/3/2021 | Roadrunner Club | $920.00 | STD | 2/2,0,0 | 1440/P | 1977 | $38,000 |
| 28 | 1010 | Palm Canyon DR   #179 | BSPG | 92004 | 5/28/2021 | Roadrunner Club | $899.00 | STD | 2/2,0,0 | 1440/P | 1974 | $38,000 |
| 29 | 1010 | Palm Canyon DR   #247 | BSPG | 92004 | 4/29/2021 | Roadrunner Club | $900.00 | STD | 2/2,0,0 | 1440/P | 0/ASR | $53,500 |
| 30 | 1010 | Palm Canyon #345 | BSPG | 92004 | 4/22/2021 | Road Runner Club | $858.00 | TPAP | 3/2,0,0 | 2655/OTH | 2007 | $235,000 |
| 31 | 1010 | Palm Canyon Drive    #23 | BSPG | 92004 | 3/5/2021 | Roadrunner Club | $905.00 | STD | 2/2,0,0 | 1344/ | 1972 | $42,500 |
| 32 | 1010 | Palm Canyon #303 | BSPG | 92004 | 2/24/2021 | RoadRunner Club | $876.00 | TPAP | 2/2,0,0 | /B | 1977 | $19,900 |
| 33 | 1010 E | Palm Canyon Dr   #221 | BSPG | 92004 | 2/5/2021 | RoadRunner Golf Club | $905.00 | | 2/2,0,0 | 1152/P | 1973 | $14,500 |
| 34 | 1010 | Palm Canyon DR   #298 | BSPG | 92004 | 1/22/2021 | Roadrunner Club | $861.00 | STD | 2/2,0,0 | 1440/P | 1978 | $52,000 |
| 35 | 1010 | Palm Canyon DR   #441 | BSPG | 92004 | 1/20/2021 | Roadrunner Club | $890.00 | STD | 2/2,0,1,0 | 2373/P | 2006 | $262,500 |
| 36 | 1010 E | Palm Canyon Dr   #134 | BSPG | 92004 | 11/5/2020 | yes | $875.00 | STD | 2/2,0,0 | 1500/P | 1998/BLD | $45,000 |
| 37 | 1010 | Palm Canyon Dr   #355 | BSPG | 92004 | 10/28/2020 | Road Runner Club | $863.00 | | 2/2,0,0 | /A | 2004 | $219,000 |
| 38 | 1010 | Palm Canyon Dr   #97 | BSPG | 92004 | 11/11/2019 | Roadrunner Club | $875.00 | | 2/2,0,0 | /P | 1972 | $22,000 |

Larry Scott Appraisal Service

File # 37425-2

E-2. California County Population Estimates and Percent Change
Revised July 1, 2010 through Preliminary July 1, 2020
Table 11.

| County | Revised July 1, 2010 | Revised July 1, 2011 | Revised July 1, 2012 | Revised July 1, 2013 | Revised July 1, 2014 | Revised July 1, 2015 | Revised July 1, 2016 | Revised July 1, 2017 | Revised July 1, 2018 | Revised July 1, 2019 | Preliminary July 1, 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1,516,721 | 1,533,933 | 1,557,015 | 1,578,702 | 1,601,584 | 1,622,375 | 1,638,966 | 1,650,752 | 1,660,097 | 1,668,965 | 1,671,855 |
| Alpine | 1,175 | 1,170 | 1,166 | 1,164 | 1,161 | 1,154 | 1,151 | 1,146 | 1,135 | 1,123 | 1,115 |
| Amador | 37,678 | 36,944 | 36,582 | 36,098 | 36,324 | 36,168 | 36,634 | 37,125 | 37,775 | 37,724 | 37,577 |
| Butte | 220,359 | 220,862 | 221,996 | 222,104 | 223,449 | 224,023 | 224,386 | 225,834 | 226,440 | 214,532 | 206,362 |
| Calaveras | 45,542 | 45,399 | 45,296 | 45,117 | 45,014 | 44,907 | 44,763 | 44,656 | 44,572 | 44,403 | 44,286 |
| Colusa | 21,330 | 21,392 | 21,471 | 21,557 | 21,536 | 21,612 | 21,870 | 22,021 | 21,958 | 22,045 | 22,075 |
| Contra Costa | 1,052,554 | 1,065,922 | 1,078,172 | 1,091,909 | 1,104,505 | 1,118,662 | 1,130,529 | 1,137,047 | 1,144,318 | 1,147,269 | 1,149,800 |
| Del Norte | 28,409 | 28,196 | 27,921 | 27,420 | 27,039 | 26,847 | 26,761 | 26,545 | 27,116 | 27,207 | 27,193 |
| El Dorado | 181,151 | 180,909 | 181,117 | 182,162 | 182,156 | 182,583 | 183,444 | 185,442 | 187,911 | 188,818 | 192,012 |
| Fresno | 933,249 | 943,807 | 952,995 | 960,712 | 969,839 | 979,625 | 988,106 | 998,099 | 1,008,758 | 1,018,437 | 1,026,358 |
| Glenn | 28,233 | 28,285 | 28,128 | 28,185 | 28,298 | 28,286 | 28,352 | 28,481 | 28,614 | 29,072 | 29,507 |
| Humboldt | 135,102 | 135,383 | 134,730 | 134,562 | 134,252 | 134,596 | 135,300 | 135,141 | 134,819 | 133,820 | 132,706 |
| Imperial | 175,401 | 177,931 | 179,294 | 180,066 | 182,565 | 184,460 | 185,711 | 186,988 | 187,942 | 188,962 | 188,090 |
| Inyo | 18,547 | 18,559 | 18,584 | 18,591 | 18,650 | 18,635 | 18,628 | 18,565 | 18,521 | 18,463 | 18,429 |
| Kern | 842,069 | 850,777 | 859,630 | 868,744 | 875,136 | 881,129 | 884,612 | 892,933 | 901,403 | 909,697 | 912,975 |
| Kings | 152,398 | 151,701 | 150,150 | 150,219 | 149,214 | 149,455 | 148,774 | 150,300 | 152,647 | 153,522 | 154,745 |
| Lake | 65,056 | 64,921 | 64,976 | 64,900 | 65,073 | 64,690 | 64,343 | 64,627 | 64,590 | 64,080 | 63,771 |
| Lassen | 34,789 | 34,370 | 32,736 | 31,888 | 31,219 | 30,200 | 29,756 | 29,756 | 29,693 | 28,972 | 28,872 |
| Los Angeles | 9,845,931 | 9,910,160 | 9,999,902 | 10,054,919 | 10,107,698 | 10,155,982 | 10,190,115 | 10,222,857 | 10,226,503 | 10,210,966 | 10,171,593 |
| Madera | 150,182 | 151,629 | 150,810 | 151,989 | 153,597 | 154,166 | 154,691 | 156,077 | 157,602 | 157,686 | 158,794 |
| Marin | 252,655 | 254,925 | 256,578 | 259,376 | 261,672 | 262,041 | 263,010 | 262,313 | 262,234 | 260,969 | 258,956 |
| Mariposa | 18,245 | 18,241 | 18,224 | 18,157 | 18,135 | 18,086 | 18,066 | 17,992 | 17,903 | 17,842 | 17,778 |
| Mendocino | 87,755 | 87,319 | 88,021 | 88,024 | 88,379 | 88,091 | 88,536 | 88,749 | 88,493 | 88,125 | 87,491 |
| Merced | 256,785 | 260,096 | 263,018 | 264,353 | 266,898 | 268,843 | 270,860 | 275,186 | 277,910 | 281,592 | 284,761 |
| Modoc | 9,688 | 9,682 | 9,633 | 9,610 | 9,585 | 9,542 | 9,502 | 9,480 | 9,488 | 9,458 | 9,416 |
| Mono | 14,020 | 14,289 | 14,065 | 13,843 | 13,872 | 13,744 | 13,627 | 13,634 | 13,566 | 13,585 | 13,447 |
| Monterey | 416,005 | 420,485 | 424,867 | 426,959 | 429,418 | 434,604 | 438,591 | 439,822 | 441,764 | 443,397 | 441,290 |
| Napa | 136,587 | 137,560 | 139,026 | 139,617 | 140,772 | 141,390 | 141,649 | 140,986 | 140,361 | 139,874 | 138,711 |
| Nevada | 98,709 | 98,592 | 98,129 | 97,752 | 98,223 | 97,836 | 97,828 | 97,821 | 97,892 | 97,808 | 97,439 |
| Orange | 3,016,796 | 3,052,320 | 3,086,559 | 3,110,857 | 3,132,650 | 3,154,363 | 3,169,025 | 3,188,779 | 3,195,455 | 3,195,197 | 3,190,832 |
| Placer | 350,664 | 356,423 | 360,938 | 365,273 | 368,808 | 371,896 | 376,991 | 383,058 | 389,435 | 394,626 | 397,469 |
| Plumas | 19,969 | 19,817 | 19,334 | 18,806 | 18,513 | 18,225 | 18,389 | 18,369 | 18,323 | 18,450 | 18,246 |
| Riverside | 2,198,479 | 2,231,323 | 2,254,977 | 2,276,536 | 2,302,308 | 2,327,112 | 2,355,098 | 2,382,791 | 2,408,532 | 2,428,464 | 2,449,299 |
| Sacramento | 1,422,960 | 1,435,731 | 1,446,890 | 1,456,539 | 1,473,337 | 1,488,917 | 1,504,354 | 1,518,307 | 1,534,274 | 1,548,760 | 1,562,242 |
| San Benito | 55,527 | 56,081 | 56,726 | 57,254 | 57,892 | 58,464 | 59,207 | 59,737 | 60,781 | 62,051 | 62,789 |
| San Bernardino | 2,044,890 | 2,065,910 | 2,076,228 | 2,087,639 | 2,103,161 | 2,118,684 | 2,131,737 | 2,147,398 | 2,160,791 | 2,176,150 | 2,184,112 |
| San Diego | 3,104,732 | 3,141,469 | 3,179,970 | 3,212,923 | 3,248,917 | 3,275,036 | 3,296,528 | 3,315,358 | 3,338,877 | 3,346,937 | 3,352,145 |
| San Francisco | 810,504 | 821,955 | 836,474 | 847,520 | 857,901 | 869,403 | 878,993 | 887,383 | 893,733 | 897,116 | 899,891 |
| San Joaquin | 688,464 | 695,133 | 700,882 | 705,941 | 716,383 | 727,038 | 737,230 | 747,517 | 756,749 | 767,935 | 776,068 |
| San Luis Obispo | 269,450 | 270,909 | 273,283 | 273,973 | 276,210 | 276,584 | 277,937 | 277,821 | 278,177 | 277,276 | 276,151 |
| San Mateo | 721,354 | 730,476 | 742,440 | 750,593 | 758,083 | 765,820 | 769,722 | 772,567 | 774,822 | 776,002 | 775,132 |
| Santa Barbara | 424,109 | 425,981 | 430,791 | 435,222 | 439,463 | 443,640 | 446,157 | 448,099 | 450,444 | 452,066 | 451,329 |
| Santa Clara | 1,791,215 | 1,817,135 | 1,845,959 | 1,872,615 | 1,897,429 | 1,924,097 | 1,939,104 | 1,949,735 | 1,958,640 | 1,960,932 | 1,962,251 |
| Santa Cruz | 262,813 | 265,851 | 268,379 | 271,105 | 272,102 | 274,514 | 275,247 | 274,574 | 273,426 | 272,185 | 270,067 |
| Shasta | 177,376 | 177,779 | 178,323 | 178,832 | 179,127 | 178,496 | 177,581 | 177,998 | 178,002 | 177,620 | 177,692 |
| Sierra | 3,233 | 3,223 | 3,208 | 3,192 | 3,171 | 3,152 | 3,147 | 3,149 | 3,136 | 3,127 | 3,117 |
| Siskiyou | 44,855 | 44,885 | 44,861 | 44,750 | 44,709 | 44,540 | 44,418 | 44,233 | 44,127 | 44,000 | 43,792 |
| Solano | 412,862 | 415,230 | 417,926 | 421,173 | 425,377 | 428,906 | 433,020 | 436,316 | 438,535 | 439,990 | 440,198 |
| Sonoma | 484,055 | 487,722 | 490,740 | 495,339 | 498,782 | 501,512 | 503,322 | 502,758 | 498,849 | 495,058 | 491,134 |
| Stanislaus | 516,583 | 519,563 | 524,239 | 527,585 | 531,075 | 536,530 | 542,234 | 548,252 | 551,901 | 554,212 | 555,955 |
| Sutter | 94,888 | 94,747 | 95,211 | 96,477 | 95,959 | 96,796 | 97,666 | 99,110 | 100,859 | 102,808 | 101,160 |
| Tehama | 63,380 | 63,220 | 63,136 | 62,939 | 63,053 | 63,396 | 63,882 | 64,020 | 64,442 | 65,163 | 65,266 |
| Trinity | 13,798 | 13,732 | 13,731 | 13,685 | 13,626 | 13,556 | 13,489 | 13,454 | 13,385 | 13,374 | 13,291 |
| Tulare | 442,517 | 448,129 | 452,660 | 455,992 | 459,464 | 463,671 | 466,775 | 470,746 | 473,928 | 477,731 | 480,788 |
| Tuolumne | 55,240 | 54,980 | 53,965 | 54,349 | 53,823 | 53,531 | 53,291 | 52,882 | 52,843 | 52,557 | 52,353 |
| Ventura | 824,935 | 832,155 | 836,627 | 841,744 | 845,608 | 848,687 | 848,658 | 848,652 | 848,214 | 844,213 | 841,439 |
| Yolo | 202,619 | 203,324 | 206,166 | 208,205 | 209,643 | 212,374 | 216,215 | 218,617 | 220,565 | 220,723 | 221,718 |
| Yuba | 72,346 | 72,826 | 73,154 | 73,318 | 73,805 | 74,449 | 75,251 | 76,423 | 77,099 | 78,061 | 79,089 |
| California | 37,366,938 | 37,721,468 | 38,088,009 | 38,389,174 | 38,705,642 | 39,007,121 | 39,254,339 | 39,488,430 | 39,670,349 | 39,761,195 | 39,782,419 |

*(Source: California Department of Finance)*

Page **13** of 57

Exhibit A - Page 16

Larry Scott Appraisal Service                                                                                    File # 37425-2

## Site Discussion

Address: 830-850 Palm Canyon Dr. Community of Borrego Springs, County of San Diego, State of California, 92004.

Assessor Parcel Number: 141-370-34-00

GPS Long/Lat: 33.256826, -116.368268 (Approximate Site NWC)

Legal Description:
LEGAL DESCRIPTION: The land referred to herein is situated in the County of San Diego, State of California, and is described as follows:

Parcel 1 of parcel map 8500, County of San Diego, State of California, according to map thereof filed in the office of the County Recorder of San Diego County March 8, 1979.

The subject site is a near level **"flag" shaped** polygon with a published gross area of 461,300 gross square feet, or 10.59 Acres. Please see the San Diego County published plat map included in this report for site delineations and street frontage.

The site is an infill site located +/- 330 east of the NEC of Stirrup Rd and Palm Canyon Drive. The developed Mobile Home Park portion of the site utilizes +/- 4 Acres of the 10.59 Acre site. The MHP is located at the S/W portion of the site.

There is also a +/- 4,000 Sqft retail structure located near the S/E corner of the site. It appears vacant and was last in use as a day care facility. The structural footprint, plus the areas utilized as parking and playground appear to utilize another 1 acre of the site. Hence, leaving +/-5.6 acres of unused (excess as developed) land.


Flood Risk Area: High Risk Areas
FEMA Flood Zone: AO River or stream flood hazard areas, and areas with a 1% or greater chance of shallow flooding each year. These areas have a 26% chance of flooding over the life of a 30-year mortgage.
Floodplain Area: 100-year
In SFHA: Yes
FEMA Map Identifier: 06073C0675G
FIRM ID 06073C
FIRM Panel Number 0675G
FEMA Map Date: May 16, 2012


Be advised the appraiser has no flood and/or alluvial expertise. It is highly recommended the appropriate experts are consulted with regard to flood risk.

Page **14** of 57

Larry Scott Appraisal Service

File # 37425-2

Approximated Site Configuration



Exhibit A - Page 18

Plat Map



Larry Scott Appraisal Service                                                                    File # 37425-2

Earthquake: A review of the USGS hazard mapping system indicates no fault or liquefaction hazards on the subject site. https://usgs.maps.arcgis.com/apps/mapviewer/index.html

Per the San Diego County Land Management system published zoning data, the subject site is zoned in Zone "C-36" which is described as Commercial General, and allows for Mobile Home Park Development under Group Housing as reflected in the county published data grid on page 23 of this report. (For published zoning details, please refer to pages 22-26 of this report).

County of San Diego Planning and Development Services.   5510 Overland Avenue. San Diego, CA 92123. Phone: (858) 694-2960. (https://www.sandiegocounty.gov/content/sdc/pds/deptfile.html)

Topography: The entire site is near level.

Adjacent Properties: Retail site to the east and west.

Utilities: Per data reviewed, utilities in the park appear to be public and include Water, Electricity, Natural Gas and Sewer/Septic Systems.

Site Drainage: Appears topographical. See flood data on the previous page.

Street Improvements:  At the subject site frontage, Palm Canyon Drive (State Route 22) is a +/-70' wide paved 2 way street with bike lanes, designated limited shoulder portions, with concrete curbs, gutters, and sidewalks.

Freeway Linkage: The nearest highway to the subject is subject site is 2 land Hwy 78 (8 miles south) which provides access to other 2-4 lane highways throughout the sparse inland San Diego County corrido where the subject is located. The nearest Freeways are the I-15 +/-45 miles west, the SD 8 Freeway +/- 32 miles south, and the I-10 freeway +/- 34 miles north. Those freeway provide direct access to the national highway system

Easements / Encroachments: No adverse easements or encroachments are apparent.

Utility provider:  Water, sewer, and street lighting is Borrego Springs Community Services District. . Primary Electricity is SCE, and gas is SoCalGas Company.

Flood Plain: The following is a FEMA (Federal Emergency Management Agency) excerpt found on the Costar Generated property profile:

Flood Risk _____

| Flood Risk Area In SFHA | High Risk Areas Yes | FEMA Map Identifier FIRM ID | 06073C0675G 06073C | FIRM Panel Number FEMA Map Date | 0675G May 16, 2012 |
|---|---|---|---|---|---|
| Floodplain Area | 100-year | | | | |
| FEMA Flood Zone | AO River or stream flood hazard areas, and areas with a 1% or greater chance of shallow flooding each year. These areas have a 26% chance of flooding over the life of a 30-year mortgage. | | | | |

Seismic Zone/Soils: Per USGS geological hazard maps, the subject site is not located on or near to any significant faults, nor is it a designated liquefaction prone location. The San Diego County 2019 code of building regulations was reviewed and no reference to seismic retrofit ordinances was found. The subject site does not appear impacted by Toxic or Hazardous substances on site or nearby.

Larry Scott Appraisal Service

File # 37425-2

Assessment and Taxes:

The following tax information is per the county assessor website (http://www.kcttc.co.San Diego.ca.us/Payment/BillSummary.aspx?NUMBER=211341179003), and the county property profile on page 28-29 of this report. County published tax bill excerpts are below and on the following page.

Per the county assessor profile, the 2021 property tax base is $973,950, a 1.04% increase from 2020. The **assessor's** allocations in that assessment is $679,501 for land, and $294,449 for improvements.

The tax levy on that 2021 assessment is $12,866, of which $2,422.06 is special assessments. That tax rate is calculated as 1.32% of the total assessment.

**Assessor's Parc**el Number: 141-370-34-00

The county Treasurer-Tax Collector site indicates a current tax due of $33,729.83,  and a defaulted tax amount due of $83,540.98. Tax bill excerpts can be found below and on the following 2 pages. (source: https://wps.sdttc.com/WebPayments/CoSDTreasurer2/search-result)

This appraisal is based on the assumption of clear title transferred to the buyer.

Assessor Summary Page

## Property Tax Information Search Results

The property being searched may have additional tax bills that do not appear in the search results using this search criteria.

Step 2 of 7 - Search Result

### Secured

| Parcel Number | Owner | Inst | Action | Status | Amount Due | Late After |
|---|---|---|---|---|---|---|
| 141-370-34-00 | ROSAMOND 5 PROPERTIES L L C | 1st | 🛒 1st | DUE | $16,729.83 | 12/12/2022 |
| | | 2nd | 🛒 Both | DUE | $16,729.83 | 4/10/2023 |

### Defaulted

| Bill Number | Owner | Status | Action | Amount Due | Payment Type |
|---|---|---|---|---|---|
| 141-370-34-00 | ROSAMOND 5 PROPERTIES L L C | DUE | 🛒 Add | $83,540.98 | Balance |

Page **18** of 57

Exhibit A - Page 21

Larry Scott Appraisal Service

File # 37425-2

## Current Tax Bill



| | |
|---|---|
| PAY ONLINE | WWW.SDTTC.COM |
| PAY BY PHONE | (855) 829-3773 |
| QUESTIONS | (877) 829-4732 |

TAX BILL YEAR
**2022-2023**

ROSAMOND 5 PROPERTIES L L C

FOR FISCAL YEAR BEGINNING JULY 1, 2022 AND ENDING JUNE 30, 2023

**PROPERTY ADDRESS · DESCRIPTION · SUBDIVISION**

PROPERTY ADDRESS CANNOT BE SHOWN IN COMPLIANCE TO GOVERNMENT CODE SECTION 6254.21.

MAP NO.
PM03500

DOCUMENT NO.
698224

DOCUMENT DATE
11/27/2013

| DESCRIPTIONS | VALUES & EXEMPTIONS |
|---|---|
| LAND | $693,091.00 |
| IMPROVEMENTS | $300,337.00 |
| TOTAL L&I | $993,428.00 |
| PERSONAL PROPERTY | $0.00 |
| EXEMPTIONS | |
| HOMEOWNERS | $0.00 |
| OTHER | $0.00 |
| NET TAXABLE VALUE | $993,428.00 |

OWNER OF RECORD ON JANUARY 1, 2022 — ROSAMOND 5 PROPERTIES L L C

| PARCEL/BILL NO. | TAX RATE AREA | CORTAC NO. | 1ST INSTALLMENT | | 2ND INSTALLMENT | | TOTAL DUE |
|---|---|---|---|---|---|---|---|
| 141-370-34-00 | 58020 | | $16,729.83 | + | $16,729.83 | = | $33,459.66 |

### YOUR TAX DISTRIBUTION

| AGENCY | | RATE | AMOUNT |
|---|---|---|---|
| 1% TAX ON NET VALUE | | 1.00000 | $9,934.27 |
| VOTER APPROVED TAXES: | | | |
| PALOMAR COMMUNITY COLL PROP M 11/07/06, 2021 REF | NET | 0.00304 | $30.20 |
| PALOMAR COMMUNITY COLL PROP M 11/07/06, SER 2006B | NET | 0.00236 | $23.44 |
| PALOMAR COMMUNITY COLL PROP M 11/07/06, 2015 REF | NET | 0.00322 | $31.99 |
| PALOMAR COMMUNITY COLL PROP M 11/07/06, SER 2017D | NET | 0.00382 | $37.95 |
| PALOMAR COMMUNITY COLL PROP M 11/07/06, SER 2006C | NET | 0.00045 | $4.47 |
| PALOMAR COMMUNITY COLL PROP M 11/07/06, 2017 REF | NET | 0.00236 | $23.44 |
| PALOMAR COMMUNITY COLL PROP M 11/07/06, 2020 REF | NET | 0.00380 | $37.75 |
| UNIF BOND BORREGO SPRINGS MEAS GG 11/06/2018 2018A | NET | 0.05140 | $510.62 |

### YOUR TAX DISTRIBUTION

| AGENCY | | RATE | AMOUNT |
|---|---|---|---|
| COUNTY-PROPOSITION 13 | NET | 1.00000 | $9,934.28 |
| TOTAL ON NET VALUE | | 1.07045 | $10,634.14 |
| FIXED CHARGED ASSMTS: | PHONE # | | |
| PEST CONTROL STANDBY | 760-767-5866 | | $2.50 |
| DELINQUENT WATER CHG | 760-767-5806 | | $20,403.46 |
| MOSQUITO SURVEILLANC | 800-273-5167 | | $2.28 |
| VECTOR DISEASE CTRL | 800-273-5167 | | $54.48 |
| FIRE DIST SPEC TAX | 866-807-6864 | | $2,340.00 |
| WATER AVAILABILITY | 760-767-5806 | | $22.80 |
| TOTAL AMOUNT | | | $33,459.66 |

Exhibit A - Page 22