# Default Tax Bill



| PAY ONLINE | WWW.SDTTC.COM |
| PAY BY PHONE | (855) 829-3773 |
| QUESTIONS | (877) 829-4732 |

**TAX BILL YEAR:** 2018

**ORIGINAL YEAR OF DEFAULT - JULY 1, 2017 THRU JUNE 30, 2018**

**PROPERTY DESCRIPTION:** PROPERTY ADDRESS CANNOT BE SHOWN IN COMPLIANCE TO GOVERNMENT CODE SECTION 6254.21.

**CURRENT OWNER:** ROSAMOND 5 PROPERTIES L L C

**TAX DEFAULT DATE:** 6/30/2018

**PARCEL NO:** 141-370-34-00

**ORIGINAL PARCEL NO:** 141-370-34-00

IF PROPERTY OWNERSHIP HAS BEEN CHANGED, PLEASE CONTACT THE SAN DIEGO COUNTY ASSESSOR'S OFFICE AT (619) 531-5848

| DEFAULTED PARCEL NO. | DEFAULTED AMOUNT | ADDITIONAL PENALTIES | DEFAULT CREDIT | SUSPENSE | TOTAL DUE | IF PAID BY |
|---|---|---|---|---|---|---|
| 141-370-34-00 | $60,880.14 | $22,627.84 | $0.00 | $0.00 | $83,540.98 | 10/31/2022 |

**THE TAXES ON THIS PROPERTY ARE DEFAULTED FOR THE YEARS SHOWN BELOW**

| YEAR(S) | CODE | TAX BILL NUMBER | DEFAULTED AMOUNT |
|---|---|---|---|

THIS BOX INTENTIONALLY LEFT BLANK

**REFER TO THE MONTH OF PAYMENT FOR THE TOTAL AMOUNT DUE**

| MONTH | YEAR | AMOUNT DUE |
|---|---|---|
| JUL | 2022 | $81,052.54 |
| AUG | 2022 | $81,882.02 |
| SEP | 2022 | $82,711.50 |
| OCT | 2022 | $83,540.98 |
| NOV | 2022 | $84,370.46 |
| DEC | 2022 | $85,199.94 |
| JAN | 2023 | $86,029.42 |
| FEB | 2023 | $86,858.90 |
| MAR | 2023 | $87,688.38 |
| APR | 2023 | $88,517.86 |
| MAY | 2023 | $89,347.34 |
| JUN | 2023 | $90,176.82 |
| MONTHLY PENALTY AND INTEREST | | $829.48 |

**CURRENT YEAR TAXES ARE NOT INCLUDED IN THE ABOVE AMOUNTS**

Larry Scott Appraisal Service                                File # 37425-2

Subject Satellite View Zoom

