Larry Scott Appraisal Service

File # 37425-2

Subject Satellite View Panned



County Published Zoning Details
(Pages 22-36)



Published Zoning Map     Subject Site     C36 Zoning Designation

San Diego County Published Zoning Detail Excerpt

Page 23 of 57

Exhibit A - Page 26

(Pages 23-26)

## THE ZONING ORDINANCE - COUNTY OF SAN DIEGO
## USE & ENCLOSURE MATRIX
### SUMMARY PREPARED PURSUANT TO SECTIONS 2930 AND 6816

Page 1 of 6

NOTE: This matrix is a summary only. For complete regulations see appropriate sections of The Zoning Ordinance. In case of conflict between the provisions graphically represented in this matrix and the provisions set forth in the text of The Zoning Ordinance, the provisions of The Zoning Ordinance shall apply.

**USE TYPES**

- RESIDENTIAL: Family Residential, Group Residential, Mobilehome Residential
- CIVIC: Enclosed, Open, Drive-in, Administrative Services, Ambulance Services, Clinic Services, Community Recreation (see Sec. 6900), Cultural Exhibits and Library Services, Child Care Center, Emergency Shelters (see Sec. 6911), Essential Services, Fire Protection Services, Group Care, Law Enforcement Services (see Sec. 6905), Civic, Fraternal or Religious Assembly, Major Impact Utilities, Minor Impact Utilities, Parking Services, Postal Services, Small Schools

| Code | 1250 | 1260 | 1265 | 1280 | 1300 | See Section 6516 | 1310 | 1315 | 1320 | 1325 | 1330 | 1332 | 1334 | 1335 | 1340 | 1345 | 1346 | 1348 | 1350 | 1355 | 1360 | 1365 | 1375 | Use Regulations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | **RESIDENTIAL** |
| RS | * | | | 10 | | | M | | M | M | M | M | * | S | M | | M | M | m | M | M | m | RS | Single-Family Residential |
| RD | * | | | 10 | | | M | | M | M | M | M | * | S | M | | M | M | m | M | M | m | RD | Duplex/Two-Family Residential |
| RM | * | | | 10 | | | M | | M | M | M | M | * | S | M | | M | M | m | M | M | m | RM | Multi-Family Residential |
| RV | * | | | 10 | | | M | | M | M | M | M | * | S | M | | M | M | m | M | M | m | RV | Variable Family Residential |
| RU | * | | * | 10 | | | M | M | M | M | m | M | * | S | M | | M | M | m | M | M | m | RU | Urban Residential |
| RMH | | | | 10 | | | M | | M | M | M | M | * | S | M | | M | M | m | M | M | m | RMH | Mobilehome Residential |
| RR | * | M | | 10 | | m | M | M | M | M | M | M | * | S | M | M | M | M | m | M | M | m | RR | Rural Residential |
| RRO | * | M | | 10 | | m | M | M | M | M | M | M | * | S | | | M | M | m | M | M | m | RRO* | Recreation-Oriented Residential |
| RC | * | | * | 10 | | | M | M | * | M | * | * | * | S | * | | * | M | m | M | M | * | RC | Residential-Commercial |
| | | | | | | | | | | | | | | | | | | | | | | | | **COMMERCIAL** |
| C30 | | | | | | | * | * | * | M | * | * | * | S | | * | M | M | m | * | M | | C30 | Office-Professional |
| C31 | | * | | | | | * | * | * | * | * | * | * | S | | M | M | * | * | M | M | | C31 | Residential/Office Professional |
| C32 | | | | | | | M | M | M | M | M | * | * | S | * | | M | M | m | M | M | | C32 | Convenience Commercial |
| C34* | ↓ | * | | | | | * | * | * | * | * | * | * | S | * | * | * | M | m | * | * | * | C34* | Gen. Commercial/Residential |
| C35 | M | | | | | | * | * | * | * | * | * | * | S | * | * | * | M | * | * | * | * | C35 | Gen. Comm./Ltd. Residential |
| C36 | 1 | M | | | | | * | * | * | * | * | * | * | S | * | * | * | M | * | * | * | * | C36 | General Commercial |
| C38 | 1 | | | | | | * | * | M | * | * | * | * | S | * | * | M | M | * | * | * | * | C38 | Service Commercial |
| C40 | 1 | | | | | | * | * | * | * | * | * | * | S | * | * | M | m | * | * | * | * | C40 | Rural Commercial |
| C42* | 20 | | | | | | | | | | | | * | | | | | m | | | | | C42* | Visitor Serving Commercial |
| C44 | | | | | | | M | M | M | M | M | * | * | S | * | * | M | M | m | M | M | * | C44 | Freeway Commercial |
| C46* | | | | | | | M | M | * | M | M | * | * | S | * | * | M | M | m | * | M | * | C46* | Medical Center |
| | | | | | | | | | | | | | | | | | | | | | | | | **INDUSTRIAL** |
| M50 | | | | | | | M | * | M | * | M | M | * | S | * | * | M | M | m | * | * | m | M50 | Basic Industrial |
| M52 | | | | | | | M | * | M | * | M | M | * | S | * | * | M | M | m | * | * | m | M52 | Limited Impact Industrial |
| M54 | | | | | | | M | * | M | * | M | M | * | S | * | * | M | M | * | * | * | m | M54 | General Impact Industrial |
| M56+ | | | | | | | M | * | M | * | M | M | * | S | * | * | M | M | * | * | * | m | M56+ | Mixed Industrial |
| M58 | | | | | | | M | * | M | * | M | M | * | S | * | * | M | M | * | * | * | m | M58 | High Impact Industrial |
| | | | | | | | | | | | | | | | | | | | | | | | | **AGRICULTURAL** |
| A70 | * | M | | 10 | | m | M | M | M | M | M | M | * | S | M | m | M | M | m | M | M | m | A70 | Limited Agriculture |
| A72 | * | M | | 10 | | m | M | M | M | M | M | M | * | S | M | S | M | M | m | M | M | m | A72 | General Agriculture |
| | | | | | | | | | | | | | | | | | | | | | | | | **SPECIAL PURPOSE** |
| S80* | * | | | | | | M | M | M | M | M | M | * | S | | | M | M | m | M | M | m | S80* | Open Space |
| S81 | | | | | | | | | | O | | | O | | | | | | | | | | S81 | Ecological Resource Area |
| S82 | | | | | | | M | M | M | M | M | | * | S | | m | M | M | m | M | M | | S82 | Extractive |
| S86 | | | | | | | * | * | * | * | * | | * | S | | m | | | m | * | | | S86 | Parking |
| S88+ | * | | | | | | * | * | * | * | | | * | S | | | | | m | | | | S88+ | Specific Plan Area |
| S90+ | * | M | | | | m | M | M | M | M | M | M | * | S | M | m | M | M | m | M | M | m | S90+ | Holding Area |
| S92 | * | M | | | | m | M | M | M | M | M | M | * | S | M | S | M | M | m | M | M | m | S92 | General Rural |
| S94+ | | | | | | m | M | M | | M | M | | * | S | | | m | M | m | m | M | | S94+ | Transportation & Utility Corridor |
| SWF | | | | | | | | | | | | | | | | | | * | | | | | SWF | Solid Waste Facility |

**MATRIX LEGEND**

- * Permitted
- A Permitted by Administrative Permit
- S Permitted by Site Plan
- m Permitted by Minor Use Permit
- M Permitted by Major Use Permit
- P Permitted Only Within Planned Developments of 20 Acres or Larger
- 1-23 Subject to Limitations (See Section 2980)
- ' May Be Subject to Site Plan Approval
- + Other Uses Not Shown on Matrix May Be Permitted (See Text of Use Regulations)
- O Subject to Limitations (See Sections 2612 and 2616)
- E Exceptions to Enclosure Matrix (See Section 6814)

Revised 4/2017 Page 1 of 6
FDSFORM/ZONING ORDINANCE MTRX-1

Page 24 of 57

Exhibit A - Page 27

2360

## C36 GENERAL COMMERCIAL USE REGULATIONS

2360      INTENT.

The provisions of Section 2360 through Section 2369, inclusive, shall be known as the C36 General Commercial Use Regulations. The C36 Use Regulations are intended to create and enhance commercial areas where a wide range of retail goods and services are permitted. Typically, the C36 Use Regulations would be applied where central area commercial facilities were desired in association with administrative and office uses. Various applications of the C36 Use Regulations with appropriate development designators can create community or regional shopping complexes, central business districts, or small but highly diverse commercial developments.

2362      PERMITTED USES.

The following use types are permitted by the C36 Use Regulations:

a.   Civic Use Types.

   Administrative Services
   Ambulance Services
   Child Care Center
   Civic, Fraternal or Religious Assembly
   Clinic Services
   Community Recreation
   Cultural Exhibits and Library Services
   Essential Services
   Fire Protection Services (see Section 6905)
   Law Enforcement Services
   Minor Impact Utilities
   Parking Services
   Postal Services
   Small Schools

b.   Commercial Use Types.

   Administrative and Professional Services
   Agricultural and Horticultural Sales (all types)
   Animal Sales and Services: Grooming
   Animal Sales and Services: Veterinary (Small Animals)
   Automotive and Equipment: Parking
   Automotive and Equipment: Repairs, Light Equipment

10-09

2362

   Automotive and Equipment: Sales/Rentals, Farm Equipment
   Automotive and Equipment: Sales/Rentals, Light Equipment
   Business Support Services
   Communications Services
   Convenience Sales and Personal Services
   Eating and Drinking Establishments
   Financial, Insurance and Real Estate Services
   Food and Beverage Retail Sales
   Funeral and Interment Services: Undertaking
   Medical Services
   Participant Sports and Recreation: Indoor
   Personal Services, General
   Repair Services: Consumer
   Retail Sales: General
   Retail Sales: Specialty
   Spectator Sports and Entertainment: Limited
   Transient Habitation: Lodging

 c. Industrial Use Types.

   Custom Manufacturing (see Section 6300)

 d. Agricultural Use Types.

   Horticulture (all types)
   Tree Crops
   Row and Field Crops

(Amended by Ord. No. 5508 (N.S.) adopted 5-16-79)
(Amended by Ord. No. 6187 (N.S.) adopted 11-18-81)
(Amended by Ord. No. 6543 (N.S.) adopted 3-2-83)
(Amended by Ord. No. 6654 (N.S.) adopted 9-21-83)
(Amended by Ord. No. 6782 (N.S.) adopted 5-16-84)
(Amended by Ord. No. 8175 (N.S.) adopted 11-18-92)
(Amended by Ord. No. 10006 (N.S.) adopted 9-16-09)

2363  PERMITTED USES SUBJECT TO LIMITATIONS.
The following use types are permitted by the C36 Use Regulations subject to the applicable provisions of Section 2980. The number in quotes following the use type refers to the subsection of Section 2980 which applies.

 a. Residential Use Types.

   Family Residential "1"

 b. Commercial Use Types.

   Agricultural Services "9"

10-09

2363

    Automotive and Equipment: Repairs, Heavy Equipment "8"
    Business Equipment Sales and Services "7"
    Construction Sales and Services "8" (see Section 6300)
    Gasoline Sales "12"
    Laundry Services "13"
    Recycling Collection Facility, Small or Large "2"
    Recycling Processing Facility, Light or Heavy "3"

(Amended by Ord. No. 5508 (N.S.) adopted 5-16-79)
(Amended by Ord. No. 5840 (N.S.) adopted 7-30-80)
(Amended by Ord. No. 6924 (N.S.) adopted 2-20-85)
(Amended by Ord. No. 7649 (N.S.) adopted 7-17-89)
(Amended by Ord. No. 8058 (N.S.) adopted 4-15-92)
(Amended by Ord. No. 9469 (N.S.) adopted 6-12-02)
(Amended by Ord. No. 10095 (N.S.) adopted 12-8-10)

2365    USES SUBJECT TO A MAJOR USE PERMIT.

The following use types are permitted by the C36 Use Regulations upon issuance of a Major Use Permit.

a.    Residential Use Types.

    Group Residential

b.    Civic Use Types.

    Major Impact Services and Utilities

c.    Commercial Use Types.

    Automotive and Equipment: Cleaning
    Automotive and Equipment: Storage, Recreational Vehicles and Boats
    Funeral and Interment Services: Cremating
    Funeral and Interment Services: Interring
    Research Services
    Spectator Sports and Entertainment: General
    Transient Habitation: Campground (see Section 6450)
    Wholesaling, Storage and Distribution: Mini-Warehouses (see Section 6300 and Section 6909)

    Wholesaling, Storage and Distribution: Light (see Section 6300)

d.    Extractive Use Types.

    Site Preparation

(Amended by Ord. No. 5508 (N.S.) adopted 5-16-79)
(Amended by Ord. No. 5786 (N.S.) adopted 6-4-80)
(Amended by Ord. No. 9935 (N.S.) adopted 4-23-08)

Improvements Discussion

As requested for this assignment, the inspection of the subject property was limited to the exteriors of the subject site and improvements. The inspection of the subject was made partially off-site and partially on-site. The date of said inspection was December 4, 2022. Access included a self-guided inspection from the street and from within reasonably accessible boundaries of the site.

Generally, the site is improved with a 40 unit Mobile Home Park, and a +/- 4000 square foot retail structure with a playground area that is currently vacant and appears last used as a day care facility.

The development of these sites is estimated to be in the 1960's. Minimal published data was found with reference to the history of these improvements. The improved portions utilize approximately 50% of the subject site. The remaining 50% is vacant land. (Please see satellite view pages)

The Mobile Home Park has dirt roads, and space pads appear to be concrete primarily. Utility hook-up boxes were not observed, and are assumed to include electricity, water, and sewer/septic connections. The perimeter of the mobile home park is fenced and segregated from the remaining portion of the site.

There is a pool area at the southeastern corner of the mobile home park portion of the site. The pool appears in disrepair and does not appear to have had water in it for years. Any issues with standing water is unknown by the appraiser. Any aeration of the pool could not be determined.

Based on a hand written, non-authorized rent list provided by the client, occupied units appear to be +/-22. This data was apparently gathered by a door to door survey by a local realtor.

Based on an aerial image via google earth pro taken June 2022, there were 28 spaces that had mobile homes on them, and 12 that were vacant or have an RV parked on them. The same satellite view image taken 09/2010 reflects almost identical structural occupancy, and state of the park including empty pool at that time as well.

The Unit at the Southwestern corner of the site has a semi-enclosed site and maybe in use as a managers, or maintenance structure. It appears to be a Mobile Home with expansions and is estimated at +/- 1,700 square feet. This too is based on satellite images.

Utilizing Google Earth Pro, a 16 year history of satellite images of the subject was reviewed. There has been a decline in the number of Mobile Homes in the park, and the retail structure does not appear to have been in use at any time during that period. Additionally, the last image that shows the pool filled with water is 02/2006. In the subsequent images (6/2009, 9/2010, 8/2014, 10/2016, 7/2017, 9/2018, 4/2020, 8/2021, 6/2022) the pool appears empty.

Given the state of disrepair, plus the roads and parking lot for the retail/restaurant building are dirt, the current demand for the project appears almost nil. All other parks observed in the market area have paved roads and the debris is out of view. As such, the subject improvements are considered near the end of their economic life.

The only component that appears to add value to the site as in use is the income stream from the very long term tenants who are ok with the low rents in exchange for the poor park condition and lack of the pool amenity. As tenants vacate the park, it appears unlikely they are being replaced with new tenants.

Given the opinion the physical improvements are near the end of economic life, redevelopment of the entire site may result in the maximally productive use of the site. The feasibility, and economic practicality of site **redevelopment is not analyzed for this assignment, which is an "as-is" valuation.**

## County Published Parcel Profile Page 1 of 2

**830-850 Palm Canyon Dr, Borrego Springs, CA 92004, San Diego County    Auction**
APN: 141-370-34-00    CLIP: 1492076088

| | Beds | Full Baths | Half Baths | Sale Price | Sale Date |
|---|---|---|---|---|---|
| | N/A | N/A | N/A | $818,500 | 07/29/2004 |
| | Bldg Sq Ft | Lot Sq Ft | Yr Built | Type | |
| | N/A | 461,300 | N/A | MBL HM PRK | |

### OWNER INFORMATION
| | | | |
|---|---|---|---|
| Owner Name | Rosamond 5 Properties LLC | Tax Billing Zip | 90254 |
| Mail Owner Name | Rosamond 5 Properties LLC | Tax Billing Zip+4 | 4207 |
| Tax Billing Address | 936 Monterey Blvd | Owner Occupied | No |
| Tax Billing City & State | Hermosa Beach, CA | | |

### LOCATION INFORMATION
| | | | |
|---|---|---|---|
| Zip Code | 92004 | School District | Borrego |
| Zoning | C36 | Comm College District Code | Palomar |
| Tract Number | 8500 | Census Tract | 210.02 |

### TAX INFORMATION
| | | | |
|---|---|---|---|
| APN | 141-370-34-00 | Water Tax Dist | Borrego Imp |
| % Improved | 30% | Fire Dept Tax Dist | Borrego Springs |
| Tax Area | 58020 | | |
| Legal Description | PAR 2 TR 8500 | | |

### ASSESSMENT & TAX
| Assessment Year | 2022 | 2021 | 2020 |
|---|---|---|---|
| Assessed Value - Total | $993,428 | $973,950 | $963,964 |
| Assessed Value - Land | $693,091 | $679,501 | $672,534 |
| Assessed Value - Improved | $300,337 | $294,449 | $291,430 |
| YOY Assessed Change ($) | $19,478 | $9,986 | |
| YOY Assessed Change (%) | 2% | 1.04% | |

| Tax Year | Total Tax | Change ($) | Change (%) |
|---|---|---|---|
| 2019 | $12,078 | | |
| 2020 | $12,833 | $755 | 6.25% |
| 2021 | $12,866 | $33 | 0.26% |

| Special Assessment | | Tax Amount | |
|---|---|---|---|
| Fire Dist Spec Tax | | $2,340.00 | |
| Vector Disease Ctrl | | $54.48 | |
| Water Availability | | $22.80 | |
| Pest Control Standby | | $2.50 | |
| Mosquito Surveillanc | | $2.28 | |
| Total Of Special Assessments | | $2,422.06 | |

### CHARACTERISTICS
| | | | |
|---|---|---|---|
| County Land Use | Trailer Park | Lot Area | 461,300 |
| Universal Land Use | Mobile Home Park | Total Units | 40 |
| Lot Acres | 10.59 | # of Buildings | 1 |

### SELL SCORE
| | |
|---|---|
| Value As Of | 2022-10-02 04:32:57 |

### LAST MARKET SALE & SALES HISTORY
| | | | |
|---|---|---|---|
| Recording Date | 03/25/2005 | Sale Type | Full |
| Sale Date | 07/29/2004 | Deed Type | Grant Deed |
| Sale Price | $818,500 | Owner Name | Rosamond 5 Properties LLC |
| Multi/Split Sale | Multi | Seller | Heise Clarence E III |
| Document Number | 247770 | | |

| Recording Date | 11/27/2013 | 03/25/2005 | 03/08/1996 | 03/08/1996 | 07/13/1993 |
|---|---|---|---|---|---|
| Sale Date | 11/23/2013 | 07/29/2004 | | | |

Property Details Courtesy of Larry Scott, Scott, Larry Appr Serv, California Regional MLS                                   Generated on: 10/03/22
The data within this report is compiled by CoreLogic from public and private sources deemed reliable. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be       Page 1/2
independently verified by the recipient of this report with the applicable county or record entity.

## County Published Parcel Profile Page 2 of 2

| | | | | | |
|---|---|---|---|---|---|
| Sale Price | | $818,500 | | | |
| Nominal | Y | | Y | Y | Y |
| Buyer Name | Rosamond 5 Properties LLC | Kealy Patrick | Heise Clarence Elmer II Trustee | Heise Clarence Elmer II | Heise Clarence Elmer II Trustee |
| Seller Name | Kealy Patrick | | Heise Clarence E III | Heise Clarence & Miriam Family Trust | Heise Clarence & Miriam Family Trust | Heise Clarence E |
| Document Number | 698224 | 247778 | 114710 | 114709 | 445830 |
| Document Type | Grant Deed | Grant Deed | Quit Claim Deed | Quit Claim Deed | Grant Deed |

| | | | | | |
|---|---|---|---|---|---|
| Recording Date | | 06/07/1991 | 07/18/1989 | 05/08/1989 | |
| Sale Date | | | 07/1989 | 05/1989 | |
| Sale Price | | $592,500 | | | |
| Nominal | | | Y | Y | |
| Buyer Name | | Heise Clarence E | Heise Clarence E & Ardys | Heise Clarence E & Ardys | |
| Seller Name | | Rodriguez Manuel Y & Barbara S | Rodriguez Manuel Y | Western Trust Services | |
| Document Number | | 272746 | 376177 | 240192 | |
| Document Type | | Grant Deed | Grant Deed | Corporation Grant Deed | |

### MORTGAGE HISTORY

| | | | | | |
|---|---|---|---|---|---|
| Mortgage Date | 04/14/2017 | 11/27/2013 | 04/02/2009 | 03/25/2005 | 06/07/1991 |
| Mortgage Amount | $2,200,000 | $1,672,000 | $3,649,000 | $573,000 | $450,000 |
| Mortgage Lender | Grimm Invs LLC | * Other Institutional Lenders | La Jolla Bk | Union Bk/Ca Na | Borrego Springs Bk |
| Mortgage Code | Conventional | | Conventional | Conventional | Conventional |

### FORECLOSURE HISTORY

| | | | | |
|---|---|---|---|---|
| Document Type | Notice Of Trustee's Sale | Notice Of Default | Notice Of Trustee's Sale | Notice Of Default |
| Default Date | | 05/13/2022 | | 11/22/2010 |
| Foreclosure Filing Date | 08/18/2022 | 05/12/2022 | 02/25/2011 | 11/22/2010 |
| Recording Date | 08/18/2022 | 05/12/2022 | 03/04/2011 | 11/23/2010 |
| Document Number | 334741 | 206069 | 118028 | 645049 |
| Default Amount | | $2,430,201 | | $3,754,620 |
| Final Judgment Amount | $2,430,201 | $1,946,156 | $3,830,821 | |
| Original Doc Date | 04/14/2017 | 04/14/2017 | 04/02/2009 | 04/02/2009 |
| Original Document Number | 167707 | 167707 | 164931 | 164931 |

### PROPERTY MAP



Property Details Courtesy of Larry Scott, Scott, Larry Appraisers, California Regional MLS
The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

Generated on: 10/03/22