Larry Scott Appraisal Service

File # 37425-2

Subject Photos Page 1 of 2



Subject Entrance



Front of MHP portion at SEC



Daycare Structure



Rear of Site



Street Scene West



Street Scene East

Subject Photos Page 2 of 2



Vacant Portion of Subject site between MHP & Daycare Bldg



Interior of Moblehome Park



Rear of MHP



Poor Condition structures on 818 Palm Canyon facing subject site.

## Highest and Best use

The highest and best use determination is critical to the appraisal of any property. It helps to ensure the selection of appropriate comparable properties for use in all the approaches. It also aids in the determination of those uses that will produce the highest net return to the land.

**Highest and best use is defined as: "The reasonably probable and legal use of vacant land or an improved** property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value. The criteria tests the of highest and best use must meet are legal permissibility, physical **possibility, financial feasibility, and maximum productivity".**
*Source: (The Dictionary of Real Estate Appraisal, Sixth Edition, 2015.)*

(As Unimproved)

Development of the site to a Mobile Home Park use if vacant is legally permissible.
Development of the site (as if vacant) to Mobile Home Park use is physically viable.
Development of the site (as if vacant) to Mobile Home Park use would be financially feasible and beneficial of its location and use, provided full site development.

Development of the site (as if vacant) **"fully"** to a Mobile Home Park use may be a maximally productive use of the site. Given the excess land not utilized, it is considered likely that the site is not at its most productive **potential as currently in use. That determination is not considered necessary no required given the "as-is"** valuation assignment.

A full feasibility study as referenced in the comments above would be necessary to make that determination, **and would produce an "as-proposed" analysis which is not a requirement of this assignment. It is not** considered necessary to produce credible assignment results. **The "as-is" state appraised is the mobile home** park, retail structure, and excess land consideration.

(As Improved)

The site is improved as a Mobile Home Park, and retail structure, plus excess undeveloped land. Given the 50% excess land scenario, it is considered unlikely that the current use is the highest and best use of the site.

**For this "as-is" summary report, a complete redevelopment cost feasibility analysis is not performed. That** analysis is deemed neither necessary nor required to produce credible summary appraisal and/or credible assignment results. This is considered the most likely course of action as would be taken by professional peers given the same assignment considerations.

Given the excess land not utilized, it is considered likely that the site is not at its most productive potential. **That determination is not considered necessary no required given the "as-is" valuation assignment.**

Utilizing Google Earth Pro, a 16 year history of satellite images of the subject was reviewed. There has been a decline in the number of Mobile Homes in the park and the retail structure does not appear to have been in use at any time during that period. Additionally, the last image that shows the pool filled with water is 02/2006. All subsequent images show it empty.

Given the state of disrepair, plus the roads and parking lot for the retail/restaurant building are dirt, the current demand for the project appears almost nil. As such, the subject improvements are considered near the end of their economic life.

Larry Scott Appraisal Service                                                                                                           File # 37425-2

<u>Approaches to Value Discussion</u>

The appraisal process, which is applied to most real estate properties, is designed to evaluate all factors that influence value. Regional and market area information has been presented to inform the reader of general outside influences that may affect value. In addition, the site and improvements have been described in detail.

Distinct market valuation approaches were tested and then considered for this appraisal and valuation. Those approaches tested include the direct sales (market), cost, and income approaches to value. Those approaches, when applicable are considered to produce the most reasonably and reliably reflect the competitive marketplace, and the mentality of ready, willing, and able market participants in that marketplace.

<u>Cost Approach to Value</u>

The cost approach produces an indication of value utilizing the sum of two components. Those components are the current market value of the subject site and the depreciated value of the current improvements.

Site valuation requires an adequate quantity and quality of data for which to produce a reasonable and reliable indication of the subject site value.

The depreciated value of improvements is deemed in two steps. First is to ascertaining the replacement cost of the current improvements. For this report, the improvements include the park infrastructure and real property improvements, and exclude any Manufactured homes consideration as they are typically owned by the occupant or private party. **This methodology is considered to produce the "As-Is" valuation that is the** scope of this assignment.

The cost new of the improvements requires construction costs data sources considered reliable. The standard cost source publications were consulted and none provide cost data for Mobile Home Park development. As such, the approximate development and construction cost data was sourced from Park developers, contractors, and some segregated components like paving utilizing buildingjournal.com.

Those cost new estimates are then be depreciated or adjusted to reflect physical depreciation, and functional and/or external factors and impacts if any are applicable. This process is considered to produce a reasonable and reliable indication **of the "as-is"** present market value of the subject property improvements.

The cost approach to value was tested and considered as described above, and deemed a viable approach to value.

The inclusion of the cost approach is considered to produce a credible assignment result, That inclusion is considered the most likely course of action as would be taken by qualified professional peers given the same assignment considerations.

Land Valuation

An extensive search of the Borrego Springs Community was made for vacant land zoned commercial that had been recently market and/or sold. That expansive search produced two closed sales and two active listings deemed most similar.

Larry Scott Appraisal Service                                                                                      File # 37425-2

A comparison of that listing was made to the Residential, Commercial, and Industrial land sales in the area, starting first with land sales in the corridor along the east side of the 14 freeway like the subject. Comparables #1 and #3 are located in that corridor. Given the above limitations, a reasonable consistency to the indicators of value was produced by the use of the comparable properties included in the analysis.

The methodology of price per acre adjusted as percentages to reflect apparent market reaction to each individual comparable was deemed to produce a reasonably reliable outcome and a credible result. As established in the market trends data of the neighborhood discussion, time adjustments are made based on 3% annually or 0.25% monthly.

The data utilized to produce the estimated land value of the subject can be found in the grid on page 36, the discussion of which is below.

Comparable #1 is a closed sale in the same area as the subject. It is a smaller vacant site located on the same street. However, this sale was the most similar in site area of the activity available for comparison.

This comparable is weighted given its similarity in size, the site is adjacent to a mobile home park and was purchased by a mobile home park entity. This comparable is utilized in the development of the estimated land value of the subject. The adjusted price per acre indicator produced by comparable #1 is $19,985

Comparable #2 is a recent closed sale in the same general area as the subject. It is a smaller vacant lot in a location of similar influence. The zoning is deemed inferior. The adjustment level is produced by abstraction which is considered to best reflect the market reaction for the difference as it applies to the specific property. This comparable is utilized in the development of the estimated land value of the subject. The adjusted price per acre indicator produced by comparable #2 is $19,318

Comparable #3 is an active listing in the same market area as the subject. It is a smaller lot and has the same zoning as the subject. This comparable is adjusted for anticipated negotiations as it is a an active listing with 32 days of exposure. This comparable is not utilized in the development of the estimated land value of the subject given it is only listed and thus only provides seller expectations, and not buyers. The adjusted asking price per acre indicator produced by comparable #3 is $20,548

Comparable #4 is an active listing in the same market area as the subject. It is a smaller lot and has a zoning similar to the subject. This comparable is located 2 sites from an established MHP. It is adjusted for anticipated negotiations as it is an active listing priced higher than most the competition and already has 183 days of exposure. This comparable is not utilized in the development of the estimated land value of the subject given it is only listed and thus only provides seller expectations, and not buyers. The adjusted asking price per acre indicator produced by comparable #4 is $29,504

The two closed sales are the comparable properties utilized in the development of the land value of the subject site. These were deemed consistent enough to produce a reasonable support for the site value of the subject. The search for closed sales in the past 2 years that are relevant and competitive to the subject was made. The intention was to utilize at least 3 closed sales, but three deemed relevant over the past 2 years were not found.

Given the above comparable discussion, the most reasonable price per acre indication is estimated to be $19,985 As such, the land value, as of the effective date of this report is calculated as $19,985 x 10.59 acres totals $211,641.

Improvements Value

Depreciated improvement value calculations can be found on the grid on page 37. A per mobile home site cost new via the typical cost resources is not available. As such, specialty sites as well as local development expertise was consulted in order to produce a reasonably reliable cost to develop the subject site. Those sources are retained in the appraisers file.

The data reviewed indicates the cost to construct new for the individual spaces once the site is acquired and approved permits are in place ranges from $24,000 to $35,000 depending on park size, density allowed, and quality of improvements. The nearest sample in the data was a 75 unit project which indicates an approximate cost of $28,000 per unit space is typical including infrastructure and asphalt paved roads.

The subject site has dirt roads. As such, the amount to pave the interior streets with asphalt was estimated. The estimation is based on 1,100 **lineal feet at 30' width or 33,000 square feet of pavement development. The** estimated paving **cost including 6" grading, 2" base, and 1" topping, including contractor overhead and profit is** $2.63 per sqft or $86,776.

That cost of $86,776 is divided by 40 units equals $2,169 per unit space). That per space cost amount is deducted from the $28,000 per space to reflect the direct impact the lack of paved roads has on the anticipated cost of new development. Hence a construction cost new per space of $25,831 is considered the likely cost given the park quality.

The physical life of well-maintained parks is yet to be determined as park development only dates back to the **1960's. There are many parks noted that are** 60 years old, that are well maintained that are considered to suggest these parks are 33% to 50% of the way through their economic viability.

However, the physical depreciation applicable to the subject is calculated based in part on the low maintenance level, and quality of the original construction. The subject construction quality and condition is found to be below the standard park quality and condition.

A review of 16 years of satellite imagery reveals a reduction in spaces rented, the pool continually in disrepair, and the retail/daycare structure vacant since 2006. This data is considered to reflect the subject improvements are very near the end of their economic contribution to the site and do not produce an income level that supports the more typical maintenance level observed in the other parks in the community.

Per a recent list of current rents provided and reviewed for this analysis, twenty two units continue to produce an income stream, although well below the rent levels for most other parks in the area, the rent levels are considered commensurate with the condition of the park. That rent income is considered the only contribution to an otherwise all land value property.

Given the above discussion, a physical depreciation factor of 90% of the cost new is considered to most reasonably represent the state of the current improvements.

The indicated value of the subject by cost approach to value sums the land value of $211,641 and the depreciated value of the improvements of $556,094 **producing an indicated "as-is" value of the subject** property effective December 4, 2022 of $767,735 rounded to:

$768,000
Seven Hundred Sixty Eight Thousand Dollars

## Land Sales Grid

### Land Comparison Grid

| | Subject | Land Comparable #1 | | Land Comparable #2 | | Land Comparable #3 | | Land Comparable #4 | |
|---|---|---|---|---|---|---|---|---|---|
| Address | 830-850 Palm Canyon Dr | Palm Cyn near Montazuma Valley Rd | | 26 N Borrego Springs Rd | | Yaqui Pass Rd N of Borrego Springs Rd | | Palm Cyn W of Five Diamonds Rd | |
| City/Community Zip | Borrego Springs, CA 92004 | Borrego Springs, CA 92004 | | Borrego Springs, CA 92004 | | Borrego Springs, CA 92004 | | Borrego Springs, CA 92004 | |
| Proximity | Subject | 1.8 Miles West | | 2000' N/W | | 3.7 Miles S/WE | | 1.7 Miles West | |
| GPS | 33.256826, -116.368268 | 33.256816, -116.398724 | | 33.259648, -116.375247 | | 33.212173, -116.330316 | | 33.256354, -116.394030 | |
| Marketing Time | | 38 Days | | 1088 Days | | 32 Days | | 183 Days | |
| APN | 141-370-34 | 198-010-02 | | 141-143-16 | | 200-051-13 | | 198-010-03 | |
| Sale Date | | Closed 02/14/2022 | | Closed 03/18/2022 | | Listed 09/26/2022 | | Listed 04/08/2022 | |
| Sale Price | | $125,000 | | $34,000 | | $35,000 | | $85,000 | |
| Total Land Area (Acres) | 10.59 | 6.88 | | 2.20 | | 1.78 | | 2.42 | |
| Price Per Site Acre | $18,414 | $18,169 | | $15,455 | | $19,663 | | $35,124 | |
| **Adjustment For Sale** | | **Condition** | **% or $** | **Condition** | **% or $** | **Condition** | **% or $** | **Condition** | **% or $** |
| Prop Rights Utilized for this analysis | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | | Fee Simple | |
| Financing | N/A | N/A | 0.00% | N/A | 0.00% | N/A | 0.00% | N/A | 0.00% |
| Conditions of Sale | N/A | Appears Typical | | Appears Typical | | Appears Typical | | Appears Typical | |
| Close Date | N/A | Closed 02/14/2022 | 0.00% | Closed 03/18/2022 | 0.00% | Listed 09/26/2022 | -5.00% | Listed 04/08/2022 | -5.00% |
| *Total Adj For Sale* | | | 0.00% | | 0.00% | | -5.00% | | -20.00% |
| Prelim Adj Sales Price | | $125,000 | | $34,000 | | $33,250 | | $68,000 | |
| Prelim Indication ($/Acre) | | 18,414 | | 15,455 | | 18,680 | | 28,099.17 | |
| **Property Adjustments** | | **Comparison** | **%** | **Comparison** | **%** | **Comparison** | **%** | **Comparison** | **%** |
| Market Area/Location | Borrego Springs/Good | Borrego Springs/Good | | Borrego Springs/Good | | Borrego Springs/Good | | Borrego Springs/Good | |
| Improvements | MH Park/Retail/50% Vacant | Raw Land | | Raw Land | | Raw Land | | Raw Land | |
| Due Diligence | Complete | None Noted | 5.00% | None Noted | 5.00% | None Noted | 5.00% | None Noted | 5.00% |
| Utilities Proximity | On Site | At Site | 5.00% | On Site | 5.00% | At Site | 5.00% | On Site | 5.00% |
| Site Utility | Good | Good | | Good | | Good | | Good | |
| Site Topography | Level | Level | | Level | | Level | | Level | |
| Off Site Access | Public Street | Public Street | | Public Street | | Public Street | | Public Street | |
| Easements/Restrictions | None Noted | None Noted | | None Noted | | None Noted | | None Noted | |
| Zoning/Allows | C36 | C42 | | C31 | 20.00% | C36 | | C42 | |
| Source(s) | Inspection, Public Records, Costar.com | Inspection, Costar, Public Records, Grant Deed | | Inspection, Costar, Public Records, Grant Deed | | Inspection, Costar, Public Records, Grant Deed | | Inspection, Costar, Public Records, Grant Deed | |
| Deed Reference | N/A | Grant Deed #066294 | | Grant Deed #TBD | | Grant Deed #TBD Act Listing | | Grant Deed #TBD Act Listing | |
| PROPERTY Adjustments | | | 10.00% | | 25.00% | | 10.00% | | 5.00% |
| Adj $/SF | | $19,985 | | $19,318 | | $20,548 | | $29,504 | |