## Depreciated Improvements Value Calculations

| Cost Approach Calculations - 830-850 Palm Canyon | | | | | |
|---|---|---|---|---|---|
| Replacement Costs | No | Size | Unit Cost | Factor | Replacement cost |
| Developed Spaces/Infra/Dirt Road | 40 | | $25,831 | 1 | $1,033,240 |
| Pool/Spa/Decking | 1 | | $50,000 | 1 | $50,000 |
| Retail Daycare Structure | 1 | 4,000 | $126 | | $505,600 |
| | | | | | |
| | | | | | |
| Replacement Cost New | | | | | $1,588,840 |
| Indirect Costs | | | | | |
| Contractor Profit | | | 16% | | $254,214 |
| Indirect Soft Costs | | | 6% | | $95,330 |
| Bonding | | | 3% | | $47,665 |
| | | | | | |
| Total Improvement Replacement Cost | | | | | $1,986,050 |
| Depreciation Calculations | | | | | |
| Less: Physical Depreciation 90/100 years | | | -90% | | -$1,429,956 |
| Less: External Depreciation | | | 0% | | $0 |
| Less: Functional Depreciation | | | 0% | | $0 |
| Depreciated Improvement Value | | | | | $556,094 |
| Land value ($19,685/acre) x 10.59 Acres | | | | | $211,641 |
| Indicated Value by Cost Approach | | | | | $767,735 |

Page 39 of 57

Exhibit A - Page 42

Larry Scott Appraisal Service     File # 37425-2

## Land Comparables Map



Page **40** of 57

Larry Scott Appraisal Service

File # 37425-2

Land Sales #1-2 Photos



Land Comparable #1



Land Comparable #2

Page 41 of 57

Exhibit A - Page 44

Land Sales #3-4 Photos



Land Comparable #3



Land Comparable #4

Income Approach Discussion

The Income approach produces an indication of value based on several components of consideration. Summarized, it is a relationship between the estimated overall income produced by a property including appreciation as it relates to the level of investment at which ready, willing, and able market participants engaged.

The components most commonly utilized by investors in measuring the return on investment is the gross income and net income of the investment as they relate to the investment level (price) a ready, willing, and able buyer is willing to pay. That buyer also considers the anticipated increase or decrease in value given the anticipated holding period.

To establish this relationship requires recent transactions of property similar to the subject in which the price and income components can be verified through sources considered reliable. An extensive search was made for transactions of competitive Mobile Home Parks in Borrego Springs that had reliable published financial data. That search produced an inadequate sample size and as such a county wide search was made which did produce an adequate quantity of transactions. The most relevant can be viewed in the grid on the next page.

The results of that search referenced above was found to indicate the reported annual income from rents of the 22 rented subject units is at market given the quality and condition of the projects. The provided rent roll indicates the typical monthly space rent is $300/mo/unit or $79,200. In addition to the income from space rents, the utility pass-through is added to the subject gross income and then deducted as an expense. That is found to be reasonably consistent with the comparable financial data reviewed for use in this valuation.

The cap rate analysis is developed utilizing five properties of similar use and income generation. The search required geographical expansion to produce those five data sets. The comparables utilized were considered to be in similar general suburban/rural type settings. The comparable most proximate and recent is cop 1 which is located on the same street in the same community as the subject. The park is of better quality and in better condition, as such the final cap rate estimate of 6.75% considered the likely higher rate applicable to the subject given the difference in quality and condition.

The following two pages contain a 12 month market income/expense projections, and sales generated market cap rates. The income and expense projections are a comparison of the appraisers estimates based on a provided rent roll, market vacancy and collection loss estimates, and typical expense levels. The appraisers market level estimates are then compared with the owners projections as found in Exhibit 1-B (page 10) of filing Case #22-02483-11 Re: Rosamond 5 Properties, LLC Debtor/Debtor in possession.

The result of that data analysis is an estimated Net Operating Income of $51,928.20, and a projected competitive cap rate applicable to the subject based on location, and quality and condition of the subject property of 6.75%. That NOI and cap rate factor produces an indicated value based on the projected income of subject, as of the December 4, 2022 effective date of $769,306.67 rounded to:

$769,000
Seven Hundred Sixty Nine Thousand Dollars

## Income and Expense 12 month Projections - 830-850 Palm Canyon Drive

### Projections

#### Income

| | Owners Projected Estimate | Rent Roll and Market Estimate |
|---|---|---|
| Cash Sales-Annualized | | |
| Rents | $62,998.32 | $79,200.00 Rent Roll |
| <Collect/Vac Loss> | included | <+/-20%>  -$16,201.68 |
| Gross Sch Inc | $62,998.32 | $62,998.32 |
| Utility Pass-throughs | $101,713.32 | $101,713.32 |
| Gross Income | $164,711.64 | 164,711.64 |

#### Expenses

| | | |
|---|---|---|
| Maintenance | $6,000.00 | |
| Insurance | $3,006.12 | |
| Supplies | $1,200.00 | |
| Utilities | $101,713.30 | |
| Park Billing | $864.00 | |
| Total Expenses | 68%  $112,783.44 | 68%  $112,783.44 |
| Net Operating Income | $51,928.20 | $51,928.20 |

Cap Rate Comparison Grid

## Cap Rate Comparison: 830-850 Palm Canyon Drive

| Comp # | Identification/Location | Sale Date | # Spaces | % Occupied | Year Developed | Quality | Condition | Excess Land | Space Rent Range | NOI Est | Sale Price | Cap Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subject | El Rancho Trailer Villa<br>830-850 Palm Canyon Drive<br>Borrego Springs, CA 92004 | N/A | 40 | 55% | 1960's | Fair-Avg | Fair | 5 Acres | 300+/- | | N/A | N/A |
| 1 | Desert Sands Vintage RV Park<br>277 Palm Canyon Drive<br>Borrego Springs, CA 92004 | 05/12/2022 | 71 | 98.6 | 1960's | Average | Good | 0 | 350-500 | $181,482 | $2,800,000 | 6.48% |
| 2 | Ocotillo Oasis MHP<br>5145 Highway 78<br>Borrego Springs, CA 92004 | 04/23/2021 | 53 | 94.7 | 1960's | Fair-Avg | Avg-Good | 15 Acres | 220-275 | $50,099 | $1,175,000 | 4.26% |
| 3 | Rasmussen Trailer Park<br>2015-2021 2nd Street<br>Julian, CA 92036 | 01/20/2022 | 9+Quad+<br>Schoolhouse | 92 | 1960 | Average | Average | 0 | 400 | $86,532 | $1,290,000 | 6.71% |
| 4 | Westpark Court MHP<br>1710 W. Euclid Ave<br>El Centro, CA 92243 | 10/4/2021 | 90+SFR | 68 | 1960's est | Average | Fair | 3 Acres | Unknown | $136,222 | $1,551,500 | 8.78% |
| 5 | Mussey Grade Village Park<br>14625 Mussey Grade Rd<br>Ramona, CA 92065 | 03/27/2020 | 91+2SFR | Unknown | 1970 | Average | Avg-Good | 140 Acres | 550-625 | $357,500 | $5,500,000 | 6.50% |

Direct Sales Comparison Approach Discussion

The direct sales comparison approach to value produces an indication of value utilizing the unit in place comparison methodology. This method of valuation is performed making direct comparisons of the many individual components considered by market participants, the sum of which determined the price level at which buyers and sellers came to terms.

Those units of comparison include, but are not limited to physical attributes, condition, location, off site impacts, etc.... **The sales prices of the competitive properties are adjusted to reflect the** apparent quantified market reactions to those differences. This methodology produces a range of indicated values from which the most applicable to the subject is determined.

This approach requires recent sales of properties in competitive locations, of competitive potential use, and in similar condition.

The jurisdiction area of Borrego Springs was initially the boundaries utilized. It was researched extensively for recent transactions of competitive Mobile Home Parks It was deemed necessary to expand the geographical boundaries to include adjacent San Diego County communities and in a time line expanded to 30 months. That expanded search produced a quantity and quality of comparable data deemed adequate to produce a reasonable indication of value for the subject property.

The excess site area and the retail building of the subject are considered to add value to the subject property. As such, across the board adjustments were necessary as no sales of similar use property with either attribute were produced by the expanded search. As such, the adjustment made is based primarily on the land value and depreciated value of the +/-4,000 sqft retail building as found in the development of the cost approach. The adjustments are then calculated based on those values as a percentage of the selling price of each comparable.

Land value of the excess 5 acres is estimated to 19,985 x 5 Acres or $99,925. The retail building construction cost new is $126, and reasonable physical depreciation level is 60% producing a depreciated value of improvements of $201,600. As such, these factors are rounded to $100,000 and $200,000 respectively which is applied in the direct sales comparison as a percentage of each of the comparable sales amounts.
i.e. Sale 1 SP=$2,800,000. The excess site value is $100,000, hence the adjustment is +3.57% or $100,000/$2,800,000.

Sale Comparable #1: 277 Palm Canyon Drive, Borrego Springs, CA

This mobile home park fronts the same street as the subject approximately 1.4 miles west. The MHP was recently updated and is found to be in good condition, with paved roads, a working pool, a bathhouse, and vintage RV utilized as a clubhouse.

This mobile home park is similar vintage, in much better condition and was found to have no excess lot area nor retail type structure. The site was originally marketed with 76 spaces that included a