mix of RV rentals and fixed Mobile Homes. Apparently the seller was forced by the County to restore the 71 permitted sites. The seller at that point planned to sell the RV's as fixed site space was less time consuming and more profitable. This appears to be the state of the site at the time of sale. The adjusted indicator of value produced by Comparable #1 is $19,154

Sale comparable #2: 5415 Highway 78, Borrego Springs, CA

This mobile home park is located in the same community but 14 miles southeast near the Ocotillo Community. The MHP portion of the site was calculated to be +/- 48% of the two solds together. The park is located off the highway by +/-700' and is accessed via dirt road across the site.

The park is circa 1963 and was considered to be similar to the subject in quality and overall condition, and is inferior in locational proximity to the town center. The adjusted indicator of value produced by Comparable #2 is $18,689.

Sale comparable #3: 26455 Paradise Valley Road. Warner Springs, CA 90288

This mobile home park is located in an adjacent but similar suburban/rural community in SanDiego county. The location appears similar to the subject in demand . It is approximately 20 miles west, and was deemed one of the more timely options given the comparable options set produced. The MHP portion of the site was calculated to be +/- 57% of the site, leaving an approximated 47% excess land.

The park is a newer development and is adjusted accordingly as newer projects tend to have higher demand in most circumstances, and the data analyzed appears to support that opinion. The adjusted indicator of value produced by Comparable #3 is $20,428.

The end result of the comparison methodology above is a reasonably consistent range of adjusted indicators. These indicators are slightly below the sale price per unit of the comparables as there was no sold projects within the suburban/rural portion of San Diego county that was similar or inferior in quality/condition.

Of the sales included in the analysis, sale 1 is considered to best represent the current "as-is" value of the subject given the location and time of sale. As such, the applicable price per unit applied to the subject is $19,154.

The factor above applied to the 40 units of the subject including consideration of the excess land value and the value of the retail structure produces an indication of subject value. Hence, the **calculated value of the subject "as-s", and effective October 13, 2022 is calculated as 40 x $19,154** or $766,160 which is rounded to:

$766,000
Seven Hundred Sixty Six Thousand Dollars

## Direct Sales Comparison Grid

| | Subject | Improved Sale #1 | | Improved Sale #2 | | Improved Sale #3 | |
|---|---|---|---|---|---|---|---|
| Address | 830-850 Palm Canyon Drive | 277 Palm Canyon Drive | | 5145 Hwy 78 | | 28455 Paradise Valley Road | |
| | Borrego Springs, CA 92004 | Borrego Springs, CA 92004 | | Borrego Springs, CA 92004 | | Warner Springs, CA 92086 | |
| Park Name | El Rancho Trailer Villa | Desert Sands Vintage RV Park | | Ocotillo Oasis MHP | | Quiet Oaks MHP | |
| Proximity | N/A | 1.4 Miles West | | 14 Miles Southeast | | 20 Miles West | |
| Market exposure time | | 31 Days | | 252 Days | | Unknown | |
| APN | 141-370-34-00 | 198-010-09-00 | | 253-010-26 & 253-010-25 | | 114-070-09 | |
| Sale Date | | 5/12/2022 | | 4/23/2021 | | 5/19/2022 | |
| Sale Price | | $2,800,000 | | $1,175,000 | | $1,050,000 | |
| Total Land Area (Acres) | 10.59 | 5.01 | | 28.7 | | 19.22 | |
| Total SF of Comnty Bldgs | 5,770 | 2,000 | | 1,745 | | 45 | |
| Spaces | 40 | 71 | | 53 | | 45 | |
| Price Per Space | $0 | $39,437 | | $22,170 | | $23,333 | |
| Anticipated Holding Peri | 160 Months | 179 Months | | 480 Months | | Unknown | |
| | | | | | | | |
| Adjustment For Sale | | Condition | % or $ | Condition | % or $ | Condition | % or $ |
| Property Rights | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Financing | | Conv $1,872,000 | | Conv $675,000 | | No Concurrent TD | |
| Conditions of Sale | | Appears Arms length | 0.0% | Appears Arms length | 0.0% | Appears Arms Length | 0.0% |
| Sale Date | | 5/12/2022 | 0.0% | 4/23/2021 | 0.0% | 5/19/2022 | 3.0% |
| *Total Adj For Sale* | | | 0.0% | | 0.0% | | 3.0% |
| | | | | | | | |
| Prelim Indication ($/Space) | | | $39,437 | | $22,170 | | $24,033 |
| | | | | | | | |
| Property Adjustments | | Comparison | % | Comparison | % | Comparison | % |
| Location/Traffic | Good Infill/3500+/- | Similar | | Similar | | Similar | |
| MHP Use Building Area | 1770 | 1000 Similar | | 1560 | | 1848 | |
| Extra Bldgs | 4000 sf Retail | None | | None Noted | | None Noted | |
| Excess Land | 5 Acres (50%) | None | 3.57% | 20 (71%) | -12.70% | 9 Acres (46.82%) | 0.0% |
| Year Developed | 1960's | 1965 | -10.0% | 1963 | 0.0% | 1993 | -5.0% |
| Quality | Fair-Average | Average | -40.0% | Fair-Average | 0.0% | Average | -5.0% |
| Condition | Fair | V Good | | Fair | | Average | -5.0% |
| Units | 40 | 71 | | 53 | | 39 | |
| Site Utility | Good | Good | | Good | | Good | |
| Site Topography | Near Level | Near Level | | Near Level | | Near Level | |
| Amenities | Inoperative Pool | Pool/8th Use Solar | -5.0% | Clubhouse Pool/spa | -3.0% | Similar | |
| Easements/Restrictions | None Noted | None Noted | | None Noted | | None Noted | |
| Guest Parking | Random | Similar Spaces Covered | | Random | | 3.4 | |
| Zoning | C36 | C42 | | RMH-1 | | RMH-2 | |
| Lease Type | Assumed Monthly | Assumed Monthly | | Assumed Monthly | | Assumed Monthly | |
| Annual PGI | $75,600 | $469,426 | | $146,544 | | $63,000 | |
| Net Operating Income | 0.00 | $181,482 | | $68,099 | | | |
| Gross Rent Multiplier | #DIV/0! | 5.96 | | 8.02 | | 6.00% | |
| Cap Rate | | 6.48% | | 5.80% | | | |
| Expense % Estimate | | 61.34% | | 53.53% | | | |
| Inc/Exp Data Source | | Published | | Published | | Published | |
| PROPERTY Adjustments | | | -51.4% | | -15.7% | | -15.0% |
| | | | | | | | |
| Adjusted $/Unit Space | $0 | | $19,154 | | $18,689 | | $20,428 |

Direct Sales Location Map



## Direct Sales Photos



277 Palm Canyon Drive
Borrego Springs, Ca



5145 Highway 78
Borrego Springs, Ca



26455 Paradise Valley
Warner Springs, Ca

## Findings and Reconciliation Discussion

The findings, opinions, and conclusions contained herein and listed below are based on the limiting conditions and assumptions as detailed in the scope of work discussion of this report.

The methodologies, analytics, and data selection utilized to develop this assignment are considered those as would be utilized by qualified professional peers given the same assignment considerations. The quality and quantity of data available and utilized is considered adequate to produce reliable indications of value and credible assignment results.

The income approach to value was tested and was deemed to be the primary reason the subject site has value beyond land value. As such the development of the income approach was deemed to be a primary consideration in arriving at the value of the subject. The development and inclusion of the income based valuation is considered to produce the most reliable and credible overall assignment results. The indicator of value produced by the income approach is $769,000

The development of the cost approach was deemed to produce a reliable and credible assignment results given the quantity and quality of data available to produce the subject land value and depreciated value of the improvements. Additionally, this approach was found to produce an indication of value, reasonably consistent with the direct sales comparison approach developed in this report. The indicated as-is value produced by the Cost Approach to value is $768,000.

The Direct Sales Comparison approach was developed utilizing three relevant closed transaction of similar use properties. That quality and quantity of data procured in which to develop the direct sales comparison was considered adequate to produce reliable and credible assignment results. The indication of value produced by the direct sales comparison to value is $766,000.

The direct sales comparison methodology is considered to have produced the more reliable indication of value given the variables necessary to develop the cost approach. As such the direct sales comparison approach is weighted in the final estimate of value.

In consideration of the above methodologies and logic applied, and based on the conditions detailed in the Scope of Work discussion of this report, the estimated value of the subject, effective December 4, 2022 is:

$769,000
Seven Hundred Sixty Nine Thousand Dollars.

Larry Scott Appraisal Service

File # 37425-2

## Appraiser Certification

I certify that to the best of my knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is my personal, impartial, and unbiased professional analyses, opinions and conclusions.

3. I have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved. Furthermore, we have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

4. I have not previously provided appraisal services for the property that is the subject of this report in the past 3 years. .

5. My engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. The compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client and assigns, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. The analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

8. This appraisal report has been made in conformity with and is subject to the requirements of the Code of Professional Ethics of the Appraisal Institute.

10.  Richard Nicholson provided professional assistance in the gathering of data considered in the development of this appraisal. That assistance included various research and initial field inspection assistance. Richard Nicholson has the necessary training and field experience to perform said tasks comprehensively and competently. Said assistance is for experience hours only.

11. I, Larry T. Scott personally performed all development aspects including final field inspections on December 4, 2022. Those aspects include all research, analysis, findings, opinions, and final conclusions contained herein including the writing of the complete report.

12.  As of the date of this report, I, Larry T. Scott, hold a California State Real Estate Appraisal Certification in good standing.

13.  I have experience appraising properties similar to the subject, and am in Compliance with the Competency Rule of USPAP.

Signed: December 6, 2022

_____
Larry T. Scott
Certified General Real Estate Appraiser
CA Certification No. AG010141

Page 52 of 57

## STANDARD ASSUMPTIONS AND LIMITING CONDITIONS

1. As agreed upon with the client prior to the preparation of this appraisal, and unless otherwise indicated, this is a summary appraisal in narrative report format. It is a conditional valuation based on the details found in the Scope of Work Discussion of the report.

2. This is a Summary Appraisal Report which is intended to comply with the reporting requirements set forth under Standard Rule 2-2(b) of the Uniform Standards of Professional Appraisal Practice for a Summary Appraisal Report. As such, it may not include full discussions of all data, reasoning, and/or analyses utilized in the appraisal process to develop the appraiser's opinion of value.

An adequate quantity and quality of data was available for which to develop reliable opinions, conclusions, and credible assignment results.

All supporting documentation concerning the data, reasoning and analyses have been retained in the appraiser's work file. The information contained in this report is specific to the needs of the client and assigns and for the intended use stated in this report. The appraiser is not responsible for unauthorized use of this report.

3. No responsibility is assumed for legal or title considerations. Title to the property is assumed to be good and marketable unless otherwise stated in this report.

4. The property is appraised free and clear of any or all liens and encumbrances unless otherwise stated in this report.

5. Responsible ownership and competent property management are assumed unless otherwise stated in this report.

6. The information furnished by others is believed to be reliable. However, no warranty is given for its accuracy.

7. All engineering is assumed to be correct. Any plot plans and illustrative material in this report are included only to assist the reader in visualizing the property.

8. It is assumed that there are no hidden or unapparent conditions of the property, subsoil, or structures that render it more or less valuable. No responsibility is assumed for such conditions or for arranging for engineering studies that may be required to discover them.

9. It is assumed that there is full compliance with all applicable federal, state, and local environmental regulations and laws unless otherwise stated in this report.

10. It is assumed that all applicable zoning and use regulations and restrictions have been complied with, unless nonconformity has been stated, defined, and considered in this appraisal report.

11. It is assumed that all required licenses, certificates of occupancy or other legislative or administrative authority from any local, state, or national governmental or private entity or organization have been or can be obtained or renewed for any use on which the value estimates contained in this report are based.

Larry Scott Appraisal Service							File # 37425-2

12. Any sketch in this report may show approximate dimensions and is included to assist the reader in visualizing the property. Maps and exhibits found in this report are provided for reader reference purposes only. No guarantee as to accuracy is expressed or implied unless otherwise stated in this report. No survey has been made for the purpose of this report.

13. It is assumed that the utilization of the land and improvements is within the boundaries or property lines of the property described and that there is no encroachment or trespass unless otherwise stated in this report.

14. The appraiser is not qualified to detect hazardous waste and/or toxic materials. Any comment by the appraiser that might suggest the possibility of the presence of such substances should not be taken as confirmation of the presence of hazardous waste and/or toxic materials. Such determination would require investigation by a qualified expert in the field of environmental assessment.

The presence of substances such as asbestos, urea-formaldehyde foam insulation or other potentially hazardous materials may affect the value of the property. The appraiser's value estimate is predicated on the assumption that there is no such material on or in the property that would cause a loss in value unless otherwise stated in this report. No responsibility is assumed for any environmental conditions, or for any expertise or engineering knowledge required to discover them. The appraiser's descriptions and resulting comments are the result of the routine observations made during the appraisal process.

15. Unless otherwise stated in this report, the subject property is appraised without a specific compliance survey having been conducted to determine if the property is or is not in conformance with the requirements of the Americans with Disabilities Act. The presence of architectural and communications barriers that are structural in nature that would restrict access by disabled individuals may adversely affect the property's value, marketability, or utility.

16. Any proposed improvements are assumed to be completed in a in accordance with the submitted plans and specifications.

17. The distribution, if any, of the total valuation in this report between land and improvements applies only under the stated program of utilization. The separate allocations for land and buildings must not be used in conjunction with any other appraisal and are invalid if so used.

18 Possession of this report, or a copy thereof, does not carry with it the right of publication. It may not be used for any purpose by any person other than the party to whom it is addressed, and in any event, only with proper written qualification and only in its entirety.

19. Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the appraiser, or the firm with which the appraiser is connected), shall be disseminated to the public through advertising, public relations, news sales, or other media without prior written consent and approval of the appraiser.

20. The Americans with Disabilities Act (ADA) became effective January 26, 1992. I have not made a specific survey or analysis of the property to determine whether the physical aspects of the

Page 54 of 57

improvements, (existing or proposed), meet the ADA accessibility guidelines. I claim no expertise in ADA issues and render no opinion regarding compliance of the subject with ADA regulations.

21. I have not performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding the acceptance of this assignment.

22. No Personal Property Has Been Included In The Final Estimate Of Value Including Appurtenances, Chattels, And Fixtures, As Would Be Typical For Any Going Concern But Includes Those Fixture Items As Would Be Deemed Real Property Due To The Nature Of The Contribution Of Use Of The Property Or Form Of Attachment To The Real Property Thereof.

23. A true and accurate copy of this completed report contains 57 pages excluding the cover page, and as described in the table of contents contained herein, and was finalized and signed December 6, 2022.

Larry Scott Appraisal Service

File # 37425-2

## Professional Profile

Larry Timothy Scott

Larry Scott has been actively engaged in the valuation of Real Property in California Since 1986 and continually state licensed since 1989.

Education

Continuing Appraisal education courses have been taken annually since 1989 in accordance with state requirements which totals approximately 1,750 hours of residential and commercial education courses.

Employment History

Great Western Savings Bank
May 1, 1986-May 1, 1989
Appraiser

Larry Scott Appraisal Service
General Partner
May 1, 1989 to May 1, 2009
Partner- Residential Firm
Size: 20-25 employees

Larry Scott Appraisal Service
Proprietor
May 1, 1989 to Present
Commercial Valuation
Size: 3 Employees

The Appraisal Corp Dot Com
President
June 2018 to Present
Commercial Valuation & Consulting