Larry Scott Appraisal Service                                                                 File # 37425-2

## Appraisers State Certification & License

