BEALL & BURKHARDT, APC
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774

Attorneys for Grimm Investments, LLC

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Rosamond 5 Properties, LLC,<br><br>　　　　　　　　Debtor. | Bk. No. 22-02483-CL11<br>Chapter 11<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR RELIEF FROM STAY**<br><br>**RS No: WCB-1** |

Mortgage Company of Santa Barbara and its investors ("Lender") Requests that the Court take judicial notice of the following:

　　A.　Claim 3 County of San Diego

　　B.　Statement of Financial Affairs

Dated: 12/2/22

BEALL & BURKHARDT, APC

By: /s/ William C. Beall
William C. Beall, Counsel for Grimm Invenstments, LLC

1

**Fill in this information to identify the case:**

Debtor 1  Rosemond 5 Properties LLC

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of California

Case number  22-02483

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   San Diego County Treasurer-Tax Collector
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☑ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?
   San Diego County Treasurer-Tax Collector
   Name
   1600 Pacific Hwy Rm 162 Attn: BK Desk
   Number   Street
   San Diego           CA       92101
   City              State      ZIP Code

   Contact phone  619-531-5261
   Contact email  sidra.marshall@sdcounty.ca.gov

   Where should payments to the creditor be sent? (if different)
   Name _____
   Number  Street _____
   City   State   ZIP Code
   Contact phone _____
   Contact email _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

4. **Does this claim amend one already filed?**
   ☑ No
   ☐ Yes. Claim number on court claims registry (if known) _____  Filed on ___/___/_____
                                                                           MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☑ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410                        Proof of Claim                              page 1

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   ☐ No
   ☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 3 4 0 0

7. How much is the claim?   $ 125,635.77.   Does this amount include interest or other charges?
   ☐ No
   ☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   Property Taxes

9. Is all or part of the claim secured?
   ☐ No
   ☒ Yes.   The claim is secured by a lien on property.

   **Nature of property:**
   ☒ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property:   $ _____
   Amount of the claim that is secured:   $ 125,635.77

   Amount of the claim that is unsecured:   $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition:   $ _____

   Annual Interest Rate (when case was filed) 18.00 %
   ☒ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☒ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition.   $ _____

11. Is this claim subject to a right of setoff?
    ☒ No
    ☐ Yes. Identify the property: _____

Official Form 410         Exhibit A - Page 3
                          Proof of Claim                                                                page 2

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No
☐ Yes. Check one:

Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $_____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $_____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.  $_____

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  10/17/2022
                  MM / DD / YYYY

/s/ Sidra Marshall
Signature

Print the name of the person who is completing and signing this claim:

Name  Sidra                              Marshall
      First name    Middle name          Last name

Title  Treasurer-Tax Collector Specialist

Company  San Diego County Treasurer-Tax Collector
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  1600 Pacific Highway Rm. 162 Attn: BK Desk
         Number    Street
         San Diego                           CA        92101
         City                                State     ZIP Code

Contact phone  619-531-5261          Email  sidra.marshall@sdcounty.ca.gov

Official Form 410                     Exhibit A - Page 4
                                      Proof of Claim                                      page 3

# CURRENT SECURED TAX BILL

## 1 — PAY 1ST INSTALLMENT — 2022

MAKE CHECK PAYABLE TO SAN DIEGO COUNTY TREASURER-TAX COLLECTOR

| 10142022 | 141 370 33 00 | 58020 | IA0D | ******710.85 |

DUE NOV. 1, 2022 and DELINQUENT AFTER DEC. 10, 2022

THIS INSTALLMENT AMOUNT ******710.85

TO PAY BOTH INSTALLMENTS BY DEC. 10, SEND BOTH STUBS ALONG WITH YOUR PAYMENT OF

PRIOR YR TAXES UNPAID

ROSAMOND 5 PROPERTIES L L C
936 MONTEREY BLVD
HERMOSA BEACH CA 90254

BANKRUPTCY # 22-02483
F: 9/25/22

0100007108514137033002000000710851413703300023

---

1413703300
ROSAMOND 5 PROPERTIES L L C
936 MONTEREY BLVD
HERMOSA BEACH CA 90254

TAX DEFAULTED
JUNE 29, 2018—*TAXES UNPAID*

IF YOU HAVE ANY QUESTIONS
CALL 531-5844

PROPERTY ADDRESS:
00818   PALM CANYON DR
DESCRIPTION OF PROPERTY:
PAR 1

SUBDIVISION NAME:
PARCEL MAP NO 08500

MAP NO: PMD8500
DOCUMENT NO: 698224
DOCUMENT RECORDING DATE: 11/27/13

OWNER' NAMES OF RECORD JANUARY 1st
PRIOR TO FISCAL YEAR SHOWN

#ROSAMOND 5 PROPERTIES L L C\

---

## 2022 SECURED PROPERTY TAX BILL
### COUNTY OF SAN DIEGO, STATE OF CALIFORNIA
### DAN McALLISTER
### TREASURER-TAX COLLECTOR
FISCAL YEAR JULY 1, 2022 TO JUNE 30, 2023
1600 PACIFIC HIGHWAY ROOM 162
SAN DIEGO, CA 92101-2477
TEL (877) 829-4732

www.sdttc.com

| PARCEL NUMBER | TAX RATE AREA |
|---|---|
| 141 370 33 00 | 58020 |

### YOUR TAX DISTRIBUTION

| AGENCY | PHONE # | BASE | RATE | TAX AMOUNT |
|---|---|---|---|---|
| 1% TAX ON NET VALUE | | NET | 1.00000 | |
| VOTER APPROVED BONDS AND TAXES: | | NET | | |
| UNIFIED SCHOOL | | NET | .05140 | |
| COMMUNITY COLLEGE | | NET | .01905 | |
| TOTAL ON NET VALUE | | | 1.07045 | |
| FIXED CHARGE ASSMTS: | | | | |
| MOSQUITO SURVEILLANC | 800-273-5167 | | | 2.28 |
| VECTOR DISEASE CTRL | 800-273-5167 | | | 12.56 |
| FIRE DIST SPEC TAX | 866-807-6864 | | | 150.00 |
| WATER AVAILABILITY | 760-767-5806 | | | 22.80 |
| PEST CONTROL STANDBY | 760-767-5806 | | | 2.50 |
| TOTAL AMOUNT | | | | 1421.70 |

| DESCRIPTION | TAX → | 1ST INSTALLMENT 10% PENALTY AFTER DEC. 10 2022 | 2ND INSTALLMENT 10% PENALTY + $10 COST AFTER APRIL 10 2023 | TOTAL TAX PENALTIES APPLY WHEN SHOWN |
|---|---|---|---|---|
| | 10% PENALTY | | | |
| | COST | | | |
| | TOTAL | 710.85 | 710.85 | 1421.70 |

---

## 2 — TO PAY 2ND INSTALLMENT — SEND THIS STUB WITH YOUR PAYMENT

MAKE CHECK PAYABLE TO SAN DIEGO COUNTY TREASURER-TAX COLLECTOR

2022

| 10142022 | 141 370 33 00 | 58020 | IA0D | ******710.85 |

DUE FEB. 1, 2023 and DELINQUENT AFTER APRIL 10, 2023

THIS INSTALLMENT AMOUNT ****1421.70

PRIOR YR TAXES UNPAID

ROSAMOND 5 PROPERTIES L L C
936 MONTEREY BLVD
HERMOSA BEACH CA 90254

BANKRUPTCY # 22-02483
F: 9/25/22

0200007108514137033002000000710851413703300021

---

### DESCRIPTION — VALUES AND EXEMPTIONS

| DESCRIPTION | VALUES AND EXEMPTIONS |
|---|---|
| LAND | $ 65371 |
| IMPROVEMENTS | 49680 |
| TOTAL L & I | 115051 |
| PERSONAL PROPERTY | |
| EXEMPTIONS | |
| HOMEOWNERS' | |
| OTHER | |
| NET TAXABLE VALUE | $ 115051 |

AUTOMATED 24 HOURS TAX PAYMENT INFORMATION
TOLL FREE (877) 829-4732   WWW.SDTTC.COM

OWNERSHIP (619) 236-3771   HOMEOWNERS EXEMPT (619) 531-5772

TAX RATES (858) 694-2901   VALUATION (858) 505-6262

CURRENT 10/15)

Exhibit A - Page 5

# COUNTY OF SAN DIEGO

**2nd** Send this stub with your 2nd installment payment
*2nd installment cannot be paid before the 1st installment*

# COUNTY OF SAN DIEGO

**1st** Send this stub with your 1st installment payment
*2nd installment cannot be paid before the 1st installment*

**TO PAY BOTH INSTALLMENTS SEND BOTH STUBS**

## IMPORTANT INFORMATION ABOUT YOUR BILL

**FIRST INSTALLMENT**
First installment payments are due November 1 and become delinquent if not received by the close of business or postmarked on December 10. A 10% penalty applies to late first installment payments. [R & T Code Section 2617]

**SECOND INSTALLMENT**
Second installment payments are due February 1 and become delinquent if not received by the close of business or postmarked on April 10. A 10% penalty + $10.00 cost applies to late second installment payments. [R & T Code Sections 2618 and 2621]

**BOTH INSTALLMENTS**
Both installments may be paid when the first installment is due.

**MAIL EARLY**
Payments sent through the mail are considered received on the U.S. Postal Service postmark date.

**EXTENSION OF TIME**
When December 10 or April 10 falls on a Saturday, Sunday or legal holiday the delinquent date is extended to the close of business on the next business day.

**SUPPLEMENTAL BILLS**
Supplemental bills are separate from and in addition to this bill. All bills must be paid on time to avoid penalties.

**FIXED CHARGE SPECIAL ASSESSMENTS**
Questions concerning specific Fixed Charge Special Assessments should be directed to the telephone numbers shown on the front of the bill in the YOUR TAX DISTRIBUTION box.

**CREDIT CARD PAYMENTS**
Credit card payments are accepted online at www.sdttc.com or by phone at (855) 829-3773.

A credit card fee will be added to your tax payment based on the amount of the payment processed. These fees are charged by the credit card processor, NOT the County of San Diego. The fees will be disclosed prior to any transaction being processed.

## ASSESSMENT INFORMATION

**VALUATIONS**
Under the California Constitution, the assessed value of all real property is adjusted annually based on the change in the California Consumer Price Index not to exceed a 2% cap. The Tax Collector does not determine the value of your property or the amount of your property tax. The Tax Collector does not have authority to change the amount of property tax due. For questions concerning assessed value, please call the Assessor's Office at (858) 505-6262.

**HOMEOWNER'S EXEMPTION**
This exemption is applied to the assessed value used in determining the amount of your tax bill. To qualify for this exemption, the property must have been owner-occupied as of 12:01 AM, January 1 prior to the fiscal year in question. If no exemption appears under EXEMPTIONS, and you believe you qualify, contact the Assessor's Office at (619) 531-5772. If you owned the property but did not occupy it on January 1 prior to the fiscal year in question, and an exemption is shown, please write to the Assessor's Office (1600 Pacific Highway, Room 103, San Diego, CA 92101) by December 10 to cancel the exemption and to avoid penalties and interest.

**DISABLED VETERANS/SURVIVING SPOUSE EXEMPTION**
Veterans rated 100% disabled or their surviving spouse may be eligible for an exemption. For forms and information visit the Assessor's website at www.sdarcc.com or call (619) 531-5773.

**RIGHT TO APPEAL**
If you disagree with the assessed value shown on the front of this bill, you have the right to file an Assessment Appeal through November 30 of the fiscal year in question. Filing an Assessment Appeal does not relieve the applicant from the obligation to pay the taxes on the subject property on or before the applicable due date shown on the tax bill. For assessment appeal forms and information, visit the Clerk of the Board of Supervisor's Web site at www.sandiegocob.com or call their office at (619) 531-5777. After November 30, if you disagree with the assessed value, you may request an assessment review for the next tax year by visiting the Assessor's website at www.sdarcc.com or by calling (858) 505-6262.

## TAX INFORMATION

**PAYMENT BY CHECK**
Make your check payable to SAN DIEGO COUNTY TREASURER-TAX COLLECTOR and write your parcel number on your check. To ensure faster processing of your payments, please include the original payment stub with your check. Check payments received in the mail without the original payment stub (including checks initiated through online banking) may take several days to process. Partial payments are not accepted. Any check returned unpaid by your bank will incur a $25.00 fee, and penalties will apply if the check is returned after the delinquent date. You may also pay by e-Check at www.sdttc.com.

**TAX DEFAULTED**
If "Tax Defaulted" appears on your tax bill, unpaid taxes from a previous year are due. The amount of defaulted taxes, penalties and fees are not included in this bill. To obtain the amount necessary to redeem, call or write the Tax Collector at (877) 829-4732, or 1600 Pacific Highway, Room 162, San Diego, CA 92101-2477. Current taxes unpaid after June 30 of the fiscal year in which the bill was mailed will become tax defaulted in addition to the taxes, delinquency penalties and costs, will incur redemption penalties and fees starting July 1. For more information please visit www.sdttc.com.

**TO OBTAIN A TAX BILL OR CHANGE MAILING ADDRESS**
If you do not receive all of your tax bills by November 1, call or write the Tax Collector at (877) 829-4732 or 1600 Pacific Highway, Room 162, San Diego, California 92101-2477. **FAILURE TO RECEIVE A TAX BILL WILL NOT PREVENT PENALTIES FROM BEING IMPOSED ON A LATE PAYMENT.** [R & T Code Section 2610.5] It is the owner's responsibility to pay property taxes on time. Please ensure that the Assessor has your current mailing address. For changes to the mailing address shown on this bill, go to www.sdarcc.com or contact the County Assessor at (619) 531-5556.

**HEARING IMPAIRED**
(877) 735-2929

**SAVE TIME... PAY ONLINE**
www.sdttc.com

ROSAMOND 5 PROPERTIES L L C
936 MONTEREY BLVD
HERMOSA BEACH CA 90254

# PRIOR YEARS DEFAULTED TAX STATEMENT

COUNTY OF SAN DIEGO, STATE OF CALIFORNIA
DAN MCALLISTER, COUNTY TREASURER-TAX COLLECTOR
1600 PACIFIC HIGHWAY, ROOM 162
SAN DIEGO, CA 92101-2477
(877) 829-4732
www.sdttc.com

See Reverse Side for Important Tax Information

Fee Parcel Number: 141-370-3300
Tax Default Date: 06/29/18
As of Date: 10/14/22                TR7329

ORIGINAL OWNER:
ROSAMOND 5 PROPERTIES L L C

PROPERTY DESCRIPTION:
PAR 1

MAP- PM08500 SUBDIV- PARCEL MAP NO 085
SITUS-00818   PALM CANYON DR

If property has been sold, please return this statement with the name and address of the new owner.

## THE TAXES ON THIS PROPERTY ARE DELINQUENT FOR THE YEARS SHOWN BELOW

| YEAR(S) | * | TAX BILL NUMBER | TAX AMOUNT | 10% PENALTY | COST |
|---|---|---|---|---|---|
| 2017 | B | 141-370-3300 | 1261.80 | 126.18 | 10.00 |
| 2018 | B | 141-370-3300 | 1284.96 | 128.48 | 10.00 |
| 2020 | B | 141-370-3300 | 1395.88 | 139.58 | 10.00 |
| 2021 | B | 141-370-3300 | 1399.70 | 139.96 | 10.00 |

* Installment: B = Both 1st & 2nd; S = Second only

## PAY AMOUNT DUE FOR THE MONTH PAYMENT IS DUE

| REDEMPTION | | PAYMENT | | AMOUNT DUE |
|---|---|---|---|---|
| Penalties | Fee | Month | Year | |
| 1933.15 | 15.00 | JUL | 22 | 7882.69 |
| 2013.26 | 15.00 | AUG | 22 | 7962.80 |
| 2093.37 | 15.00 | SEP | 22 | 8042.91 |
| 2173.48 | 15.00 | OCT | 22 | 8123.02 |
| 2253.59 | 15.00 | NOV | 22 | 8203.13 |
| 2333.70 | 15.00 | DEC | 22 | 8283.24 |
| 2413.81 | 15.00 | JAN | 23 | 8363.35 |
| 2493.92 | 15.00 | FEB | 23 | 8443.46 |
| 2574.03 | 15.00 | MAR | 23 | 8523.57 |
| 2654.14 | 15.00 | APR | 23 | 8603.68 |
| 2734.25 | 15.00 | MAY | 23 | 8683.79 |
| 2814.36 | 15.00 | JUN | 23 | 8763.90 |

**CURRENT TAXES ARE NOT INCLUDED IN THE ABOVE AMOUNTS**

The AMOUNT DUE is a summation of tax amounts, 10% penalty, cost, redemption penalty, and fees.

Mail STUB with your PAYMENT. Put Fee Parcel Number on your CHECK.
Your Cancelled Check is your best RECEIPT and Proof of Payment.
Payments received within last seven days may not be reflected on this statement.

## DEFAULTED PROPERTY TAX STATEMENT

Effective from July 1, 2022   through June 30, 2023   TR7329

Make Check Payable To: San Diego County Treasurer - Tax Collector

Fee Parcel Number:  141-370-3300   Send this STUB with your PAYMENT

Tax Default Date:   06/29/18   SEP. AMOUNT DUE:   8,042.91

ROSAMOND 5 PROPERTIES L L C
936 MONTEREY BLVD
HERMOSA BEACH CA   90254   BANKRUPTCY #22-02483

F: 9/05/22

DEFAULTED (REV. 10/12)

0b000804291141370330060008004291141370330002

Exhibit A - Page 7

# IMPORTANT INFORMATION ABOUT YOUR DEFAULTED TAX BILL

## HOW TO PAY DEFAULTED PROPERTY TAXES

On the front of this statement select the month for remittance and locate the correct amount to be paid in the "Amount Due" column opposite that month in the "Month" column. To avoid delays in posting payments, please send one check for current year taxes and a separate check for the prior year defaulted taxes.

## SUBJECT TO SALE

Five years (three years in some cases) or more, after the property has become tax-defaulted, the Treasurer-Tax Collector shall have the power to sell, and shall attempt to sell the property in accordance with California Revenue & Taxation Code Section 3692. For information on our Public Auction Tax Sales, please contact us at (877) 829-4732, or visit our website at www.sdttc.com.

The right of redemption on a Power to Sell parcel ceases at 5:00 P.M. on the last business day prior to the sale. UNDER NO CIRCUMSTANCE WILL A REDEMPTION PAYMENT BE ACCEPTED IF RECEIVED IN OUR OFFICE AFTER 5:00 P.M. OF THE LAST BUSINESS DAY PRIOR TO THE SALE. Additionally, any redemption payment remitted 30 days or less prior to the date of the sale MUST be made with certified funds in the form of CASHIER'S CHECK, MONEY ORDER, TRAVELERS CHECK, WIRE, OR CASH. Personal checks are accepted in addition to the aforementioned methods if redemption payment in full, including all applicable fees) is made not less than 30 days prior to the sale date.

## PAYMENT BY CHECK

Make your check payable to SAN DIEGO COUNTY TREASURER-TAX COLLECTOR and write your parcel number on your check. To ensure faster processing of your payments, please include the original payment stub with your check. Check payments received in the mail without the original payment stub (including checks initiated through online banking) may take several days to process. Partial payments are not accepted. Any check returned unpaid by the bank will incur a $25.00 fee, and penalties will apply if the check is returned after the penalty date. You may also pay by e-check at www.sdttc.com.

## CREDIT CARD PAYMENTS

Credit card payments are accepted online at www.sdttc.com or by phone at (855) 829-3773.

A credit card fee will be added to your tax payment based on the amount of the payment processed. These fees are charged by the credit card processor, NOT the County of San Diego. The fees will be disclosed prior to any transaction being processed.

## TO OBTAIN A TAX BILL OR CHANGE MAILING ADDRESS

If you do not receive all of your tax bills by November 1, call or write the Tax Collector at (877) 829-4732 or 1600 Pacific Highway, Room 162, San Diego, California 92101-2477. **FAILURE TO RECEIVE A TAX BILL WILL NOT PREVENT PENALTIES FROM BEING IMPOSED ON A LATE PAYMENT. [R & T Code Section 2610.5]** It is the owner's responsibility to pay property taxes on time. Please ensure that the Assessor has your current mailing address. For changes to the mailing address shown on this bill, go to www.sdarcc.com or contact the County Assessor at (619) 531-5556.

## INSTALLMENT PAYMENT PLANS

Any person may elect to pay delinquent taxes in installments at any time prior to 5:00 P.M. on June 30th of the fifth year after their property was tax defaulted and prior to the property becoming subject to the Tax Collector's Power to Sell. A fee will be charged for setting up an installment plan. Please contact (877) 829-4732 for more information.

## PARTIAL PAYMENTS

Partial payments are not accepted. Payments made for less than the total amount due may be held in a suspense account. The total "Amount Due" will continue to accrue penalties.

## REDEMPTION PENALTY AND FEES

Property is "Tax Defaulted" at 5:00 P.M. June 30, the end of the fiscal year. In addition to the taxes, delinquency penalties and costs, Redemption penalties at 1.5% per month begin to accrue on July 1st and will continue to accrue monthly until the time of redemption. Applicable fees pursuant to the Revenue and Taxation Code and Government Code will also be added. For more information visit our website at www.sdttc.com.

## DEFAULTED PROPERTY TAX RECEIPT

A Redemption Certificate or a Five Year Payment Plan receipt will be mailed upon request. Your cancelled check is your best receipt.

## MAIL EARLY

Payments sent through the mail are considered received on the U.S. Postal Service postmark date.

**HEARING IMPAIRED**
(877) 735-2929

**SAVE TIME... PAY ONLINE**
www.sdttc.com

# CAUTION:

Failure to recieve a "Prior Years Defaulted Property Tax Statement" does not provide a basis for cancelling Redemption Penalties and fees.

It is the owner's responsibility to pay property tax on time. Please go to www.sdttc.com or call (877)TAX4SDC (829-4732) to find out the current amount due.

ROSAMOND 5 PROPERTIES L L C
936 MONTEREY BLVD
HERMOSA BEACH CA          90254

# CURRENT SECURED TAX BILL

## 2022

**MAKE CHECK PAYABLE TO SAN DIEGO COUNTY TREASURER-TAX COLLECTOR**

### Stub 1 — PAY 1ST INSTALLMENT

| 10142022 | 58020 | IAOD |
|---|---|---|
| 141 370 34 00 | | ***16729.83 |

TRTH

ROSAMOND 5 PROPERTIES L L C
936 MONTEREY BLVD
HERMOSA BEACH CA 90254

PRIOR YR TAXES UNPAID

DUE NOV. 1, 2022 and DELINQUENT AFTER DEC. 10, 2022

THIS INSTALLMENT AMOUNT ***16729.83

TO PAY BOTH INSTALLMENTS BY DEC. 10, SEND BOTH STUBS ALONG WITH YOUR PAYMENT OF ***33459.66

BANKRUPTCY # 22-02483
F: 9/25/22

0100167298314413703400820

---

### 2022 SECURED PROPERTY TAX BILL
COUNTY OF SAN DIEGO STATE OF CALIFORNIA
**DAN McALLISTER**
TREASURER-TAX COLLECTOR
FISCAL YEAR JULY 1, 2022 TO JUNE 30, 2023
1600 PACIFIC HIGHWAY ROOM 162
SAN DIEGO, CA 92101-2477
TEL (877) 829-4732
www.sdttc.com

| PARCEL NUMBER | TAX RATE AREA |
|---|---|
| 141 370 34 00 | 58020 |

**OWNER' NAMES OF RECORD JANUARY 1ST PRIOR TO FISCAL YEAR SHOWN**
#ROSAMOND 5 PROPERTIES L L C\

| 1413703400 | | |
|---|---|---|
| ROSAMOND 5 PROPERTIES L L C | | |
| 936 MONTEREY BLVD | | |
| HERMOSA BEACH CA 90254 | | |

**PROPERTY ADDRESS:**
00830-50PALM CANYON DR

**DESCRIPTION OF PROPERTY:**
PAR 2

**SUBDIVISION NAME:**
PARCEL MAP NO 08500

**MAP NO:** PM08500
**DOCUMENT NO:** 698224
**DOCUMENT RECORDING DATE:** 11/27/13

| DESCRIPTION | VALUES AND EXEMPTIONS |
|---|---|
| LAND | $ 693091 |
| IMPROVEMENTS | 300337 |
| TOTAL L & I | 993428 |
| PERSONAL PROPERTY | |
| EXEMPTIONS | |
| HOMEOWNERS' | |
| OTHER | |
| NET TAXABLE VALUE | $ 993428 |

| YOUR TAX DISTRIBUTION | | | |
|---|---|---|---|
| AGENCY | BASE | RATE | TAX AMOUNT |
| 1% TAX ON NET VALUE | NET | 1.00000 | |
| VOTER APPROVED BONDS AND TAXES: | | | |
| UNIFIED SCHOOL | NET | .05140 | |
| COMMUNITY COLLEGE | NET | .01905 | |
| TOTAL ON NET VALUE | | 1.07045 | |
| FIXED CHARGE ASSMTS: | | PHONE # | |
| MOSQUITO SURVEILLANC | 800-273-5167 | | 2.28 |
| VECTOR DISEASE CTRL | 800-273-5167 | | 54.48 |
| FIRE DIST SPEC TAX | 866-807-6864 | | 2340.00 |
| WATER AVAILABILITY | 760-767-5806 | | 22.80 |
| PEST CONTROL STANDBY | 760-767-5806 | | 2.50 |
| DELINQUENT WATER CHG | 760-767-5806 | | |
| TOTAL AMOUNT | | | 20403.46 |
| | | | 33459.66 |

| 1ST INSTALLMENT | 2ND INSTALLMENT | TOTAL TAX |
|---|---|---|
| 10% PENALTY AFTER DEC. 10 2022 | 10% PENALTY + $10 COST AFTER APRIL 10 2023 | PENALTIES APPLY WHEN SHOWN |
| 16729.83 | 16729.83 | 33459.66 |

TAX → 
10% PENALTY →
COST .
TOTAL

---

### Stub 2 — PAY 2ND INSTALLMENT

**CURRENT SECURED TAX BILL 2022**

| 10142022 | 58020 | IAOD |
|---|---|---|
| 141 370 34 00 | | ***16729.83 |

TRTH

ROSAMOND 5 PROPERTIES L L C
936 MONTEREY BLVD
HERMOSA BEACH CA 90254

PRIOR YR TAXES UNPAID

DUE FEB. 1, 2023 and DELINQUENT AFTER APRIL 10, 2023

THIS INSTALLMENT AMOUNT ***33459.66

SEND THIS STUB WITH YOUR PAYMENT

BANKRUPTCY # 22-02483
F: 9/25/22

0200167298314413703400800

---

TAX DEFAULTED
JUNE 29, 2018 - *TAXES UNPAID*
IF YOU HAVE ANY QUESTIONS CALL 531-5844

AUTOMATED 24 HOURS TAX PAYMENT INFORMATION
TOLL FREE (877) 829-4732  WWW.SDTTC.COM
OWNERSHIP (619) 236-3771  HOMEOWNERS EXEMPT (619) 531-5772  TAX RATES (858) 694-2901  VALUATION (858) 505-6262

CURRENT (9/15)

Exhibit A - Page 9

## COUNTY OF SAN DIEGO

**1st** — Send this stub with your 1st installment payment
*2nd installment cannot be paid before the 1st installment*

**2nd** — Send this stub with your 2nd installment payment
*2nd installment cannot be paid before the 1st installment*

### TO PAY BOTH INSTALLMENTS SEND BOTH STUBS

## IMPORTANT INFORMATION ABOUT YOUR BILL

### FIRST INSTALLMENT
First installment payments are due November 1 and become delinquent if not received by the close of business or postmarked on December 10. A 10% penalty applies to late first installment payments. [R & T Code Section 2617]

### SECOND INSTALLMENT
Second installment payments are due February 1 and become delinquent if not received by the close of business or postmarked on April 10. A 10% penalty + $10.00 cost applies to late second installment payments. [R & T Code Sections 2618 and 2621]

### BOTH INSTALLMENTS
Both installments may be paid when the first installment is due.

### MAIL EARLY
Payments sent through the mail are considered received on the U.S. Postal Service postmark date.

### EXTENSION OF TIME
When December 10 or April 10 falls on a Saturday, Sunday or legal holiday the delinquent date is extended to the close of business on the next business day.

### SUPPLEMENTAL BILLS
Supplemental bills are separate from and in addition to this bill. All bills must be paid on time to avoid penalties.

### FIXED CHARGE SPECIAL ASSESSMENTS
Questions concerning specific Fixed Charge Special Assessments should be directed to the telephone numbers shown on the front of the bill in the YOUR TAX DISTRIBUTION box.

### CREDIT CARD PAYMENTS
Credit card payments are accepted online at www.sdttc.com or by phone at (855) 829-3773.

A credit card fee will be added to your tax payment based on the amount of the payment processed. These fees are charged by the credit card processor, NOT the County of San Diego. The fees will be disclosed prior to any transaction being processed.

## ASSESSMENT INFORMATION

### VALUATIONS
Under the California Constitution, the assessed value of all real property is adjusted annually based on the change in the California Consumer Price Index not to exceed a 2% cap. The Tax Collector does not determine the value of your property or the amount of your property tax. The Tax Collector does not have authority to change the amount of property tax due. For questions concerning assessed value, please call the Assessor's Office at (858) 505-6262.

### HOMEOWNER'S EXEMPTION
This exemption is applied to the assessed value used in determining the amount of your tax bill. To qualify for this exemption, the property must have been owner-occupied as of 12:01 AM, January 1 prior to the fiscal year in question. If no exemption appears under EXEMPTIONS, and you believe you qualify, contact the Assessor's Office at (619) 531-5772. If you owned the property but did not occupy it on January 1 prior to the fiscal year in question, and an exemption is shown, please write to the Assessor's Office 1600 Pacific Highway, Room 103, San Diego, CA 92101) by December 10 to cancel the exemption and to avoid penalties and interest.

### DISABLED VETERANS/SURVIVING SPOUSE EXEMPTION
Veterans rated 100% disabled or their surviving spouse may be eligible for an exemption. For forms and information visit the Assessor's website at www.sdarcc.com or call (619) 531-5773.

### RIGHT TO APPEAL
If you disagree with the assessed value shown on the front of this bill, you have the right to file an Assessment Appeal through November 30 of the fiscal year in question. Filing an Assessment Appeal does not relieve the applicant from the obligation to pay the taxes on the subject property on or before the applicable due date shown on the tax bill. For assessment appeal forms and information, visit the Clerk of the Board of Supervisor's Web site at www.sandiegocob.com or call their office at (619) 531-5777. After November 30, if you disagree with the assessed value, you may request an assessment review for the next tax year by visiting the Assessor's website at www.sdarcc.com or by calling (858) 505-6262.

## TAX INFORMATION

### PAYMENT BY CHECK
Make your check payable to SAN DIEGO COUNTY TREASURER-TAX COLLECTOR and write your parcel number on your check. To ensure faster processing of your payments, please include the original payment stub with your check. Check payments received in the mail without the original payment stub including checks initiated through online banking, may take several days to process. Partial payments are not accepted. Any check returned unpaid by your bank will incur a $25.00 fee, and penalties will apply if the check is returned after the delinquent date. You may also pay by e-check at **www.sdttc.com**.

### TAX DEFAULTED
If "Tax Defaulted" appears on your tax bill, unpaid taxes from a previous year are due. The amount of defaulted taxes, penalties and fees are not included in this bill. To obtain the amount necessary to redeem, call or write the Tax Collector at (877) 829-4732 or 1600 Pacific Highway, Room 162, San Diego, CA 92101-2477. Current taxes unpaid after June 30 of the fiscal year in which the bill was mailed will become tax defaulted and in addition to the taxes, delinquency penalties and costs, will incur redemption penalties and fees starting July 1. For more information please visit **www.sdttc.com**.

### TO OBTAIN A TAX BILL OR CHANGE MAILING ADDRESS
If you do not receive all of your tax bills by November 1, call or write the Tax Collector at (877) 829-4732 or 1600 Pacific Highway, Room 162, San Diego, California 92101-2477. **FAILURE TO RECEIVE A TAX BILL WILL NOT PREVENT PENALTIES FROM BEING IMPOSED ON A LATE PAYMENT. [R & T Code Section 2610.5] It is the owner's responsibility to pay property taxes on time.** Please ensure that the Assessor has your current mailing address. For changes to the mailing address shown on this bill, go to www.sdarcc.com or contact the County Assessor at (619) 531-5556.

**HEARING IMPAIRED**
(877) 735-2929

**SAVE TIME... PAY ONLINE**
www.sdttc.com



ROSAMOND 5 PROPERTIES L L C
936 MONTEREY BLVD
HERMOSA BEACH CA    90254

## PRIOR YEARS DEFAULTED TAX STATEMENT

COUNTY OF SAN DIEGO, STATE OF CALIFORNIA
DAN MCALLISTER, COUNTY TREASURER-TAX COLLECTOR
1600 PACIFIC HIGHWAY, ROOM 162
SAN DIEGO, CA 92101-2477
(877) 829-4732
www.sdttc.com

## See Reverse Side for Important Tax Information

Fee Parcel Number: 141-370-3400
Tax Default Date: 06/29/18
As of Date: 10/14/22       TR7329

ORIGINAL OWNER:
ROSAMOND 5 PROPERTIES L L C

PROPERTY DESCRIPTION:
PAR 2

MAP- PM08500 SUBDIV- PARCEL MAP NO 085
SITUS-00830-50PALM CANYON DR

° If property has been sold, please return this statement with the name and address of the new owner.

### THE TAXES ON THIS PROPERTY ARE DELINQUENT FOR THE YEARS SHOWN BELOW

| YEAR(S) | * | TAX BILL NUMBER | TAX AMOUNT | 10% PENALTY | COST |
|---|---|---|---|---|---|
| 2017 | B | 141-370-3400 | 11683.76 | 1168.36 | 10.00 |
| 2018 | B | 141-370-3400 | 11878.18 | 1187.80 | 10.00 |
| 2019 | S | 141-370-3400 | 6038.88  | 603.88  | 10.00 |
| 2020 | B | 141-370-3400 | 12833.16 | 1283.30 | 10.00 |
| 2021 | B | 141-370-3400 | 12866.20 | 1286.62 | 10.00 |

° Installment: B = Both 1st & 2nd; S = Second only

### PAY AMOUNT DUE FOR THE MONTH PAYMENT IS DUE

| REDEMPTION | | PAYMENT | | AMOUNT DUE |
|---|---|---|---|---|
| Penalties | Fee | Month | Year | |
| 20139.40 | 15.00 | JUL | 22 | 81052.54 |
| 20968.88 | 15.00 | AUG | 22 | 81882.02 |
| 21798.36 | 15.00 | SEP | 22 | 82711.50 |
| 22627.84 | 15.00 | OCT | 22 | 83540.98 |
| 23457.32 | 15.00 | NOV | 22 | 84370.46 |
| 24286.80 | 15.00 | DEC | 22 | 85199.94 |
| 25116.28 | 15.00 | JAN | 23 | 86029.42 |
| 25945.76 | 15.00 | FEB | 23 | 86858.90 |
| 26775.24 | 15.00 | MAR | 23 | 87688.38 |
| 27604.72 | 15.00 | APR | 23 | 88517.86 |
| 28434.20 | 15.00 | MAY | 23 | 89347.34 |
| 29263.68 | 15.00 | JUN | 23 | 90176.82 |

**CURRENT TAXES ARE NOT INCLUDED IN THE ABOVE AMOUNTS**

The AMOUNT DUE is a summation of tax amounts, 10% penalty, cost, redemption penalty, and fees.

Mail STUB with your PAYMENT. Put Fee Parcel Number on your CHECK.
Your Cancelled Check is your best RECEIPT and Proof of Payment.
Payments received within last seven days may not be reflected on this statement.

## DEFAULTED PROPERTY TAX STATEMENT

Effective from July 1, 2022           through June 30, 2023      TR7329

Make Check Payable To: San Diego County Treasurer - Tax Collector

Fee Parcel Number:   141-370-3400    Send this STUB with your PAYMENT

Tax Default Date:   06/29/18      SEP. AMOUNT DUE:    82,711.50

ROSAMOND 5 PROPERTIES L L C
936 MONTEREY BLVD
HERMOSA BEACH CA       90254

BANKRUPTCY #22-02483
F: 9/25/22

DEFAULTED (REV 10/12)

0600827115014137034006008271150141370340041

Exhibit A - Page 11

# IMPORTANT INFORMATION ABOUT YOUR DEFAULTED TAX BILL

## HOW TO PAY DEFAULTED PROPERTY TAXES

On the front of this statement select the month for remittance and locate the correct amount to be paid in the "Amount Due" column opposite that month in the "Month" column. To avoid delays in posting payments, please send one check for current year taxes and a separate check for the prior year defaulted taxes.

## SUBJECT TO SALE

Five years (three years in some cases) or more after the property has become tax defaulted, the Treasurer-Tax Collector shall have the power to sell, and shall attempt to sell the property in accordance with California Revenue & Taxation Code Section 3692. For information on our Public Auction Tax Sales, please contact us at (877) 829-4732, or visit our website at www.sdttc.com.

The right of redemption on a Power to Sell parcel ceases at 5:00 P.M. on the last business day prior to the sale. UNDER NO CIRCUMSTANCE WILL A REDEMPTION PAYMENT BE ACCEPTED IF RECEIVED IN OUR OFFICE AFTER 5:00 P.M. OF THE LAST BUSINESS DAY PRIOR TO THE SALE. Additionally, any redemption payment remitted 30 days or less prior to the date of the sale MUST be made with certified funds in the form of CASHIER'S CHECK, MONEY ORDER, TRAVELERS CHECK WIRE, OR CASH. Personal checks are not accepted in addition to the aforementioned methods if redemption (payment in full, including all applicable fees) is made not less than 30 days prior to the sale date.

## PAYMENT BY CHECK

Make your check payable to SAN DIEGO COUNTY TREASURER-TAX COLLECTOR and write your parcel number on your check. To ensure faster processing of your payments, please include the original payment stub with your check. Check payments received in the mail without the original payment stub (including checks initiated through online banking) may take several days to process. Partial payments are not accepted. Any check returned unpaid by the bank will incur a $25.00 fee, and penalties will apply if the check is returned after the penalty date. You may also pay by e-check at www.sdttc.com.

## CREDIT CARD PAYMENTS

Credit card payments are accepted online at www.sdttc.com or by phone at (855) 829-3773.

A credit card fee will be added to your tax payment based on the amount of the payment processed. These fees are charged by the credit card processor, NOT the County of San Diego. The fees will be disclosed prior to any transaction being processed.

## TO OBTAIN A TAX BILL OR CHANGE MAILING ADDRESS

If you do not receive all of your tax bills by November 1, call or write the Tax Collector at (877) 829-4732 or 1600 Pacific Highway, Room 162, San Diego, California 92101-2477. FAILURE TO RECEIVE A TAX BILL WILL NOT PREVENT PENALTIES FROM BEING IMPOSED ON A LATE PAYMENT. (R & T Code Section 2610.5) It is the owner's responsibility to pay property taxes on time. Please ensure that the Assessor has your current mailing address. For changes to the mailing address shown on this bill, go to www.sdarcc.com or contact the County Assessor at (619) 531-5556.

## INSTALLMENT PAYMENT PLANS

Any person may elect to pay delinquent taxes in installments at any time prior to 5:00 P.M. on June 30th of the fifth year after their property was tax defaulted and prior to the property becoming subject to the Tax Collector's Power to Sell. A fee will be charged for setting up an installment plan. Please contact (877) 829-4732 for more information.

## PARTIAL PAYMENTS

Partial payments are not accepted. Payments made for less than the total amount due may be held in a suspense account. The total "Amount Due" will continue to accrue penalties.

## REDEMPTION PENALTY AND FEES

Property is "Tax Defaulted" at 5:00 P.M. June 30, the end of the fiscal year. In addition to the taxes, delinquency penalties and costs, Redemption penalties at 1.5% per month begin to accrue on July 1st and will continue to accrue monthly until the time of redemption. Applicable fees pursuant to the Revenue and Taxation Code and Government Code will also be added. For more information visit our website at www.sdttc.com.

## DEFAULTED PROPERTY TAX RECEIPT

A Redemption Certificate or a Five Year Payment Plan receipt will be mailed upon request. Your cancelled check is your best receipt.

## MAIL EARLY

Payments sent through the mail are considered received on the U.S. Postal Service postmark date.

## HEARING IMPAIRED
(877) 735-2929

## SAVE TIME... PAY ONLINE
www.sdttc.com

# CAUTION!

Failure to recieve a "Prior Years Defaulted Property Tax Statement" does not provide a basis for cancelling Redemption Penalties and Fees.

It is the owner's responsibility to pay property tax on time. Please go to www.sdttc.com or call (877)TAX4SDC (829-4732) to find out the current amount due.

ROSAMOND 5 PROPERTIES L L C
936 MONTEREY BLVD
HERMOSA BEACH CA   90254

DAN McALLISTER
TREASURER-TAX COLLECTOR
ATTENTION: Bankruptcy Desk
1600 Pacific Highway, Room 162
San Diego, California 92101
Telephone (619) 531-5209
Facsimile (619) 685-2589

## Attachment

1. The San Diego County Treasurer-Tax Collector reserves the right to amend this request for allowance of claim based on any further assessment of property taxes or investigation/audit of property taxes associated with the named debtor(s) in this bankruptcy case.

2. The San Diego County Treasurer-Tax Collector reserves the right to amend this request for allowance of claim in accordance with any applicable federal and state law, including, but not limited to, modifying the claim as an administrative expense under 11 U.S.C. § 503, as a secured claim under 11 U.S.C. § 506, and as a priority unsecured claim under 11 U.S.C. § 507 throughout the administration of this bankruptcy case.

3. The San Diego County Treasurer-Tax Collector reserves the right to amend this claim to state its unsecured non-priority claim and its unsecured priority claim under 11 U.S.C. § 507(a)(8)(B) in the event that the value of the collateral, to which secures the San Diego County Treasurer-Tax Collector's claim, be determined to be less than the amount of the secured claim or should the San Diego County Treasurer-Tax Collector's lien be avoided in whole or in part.

4. The San Diego County Treasurer-Tax Collector reserves the right to amend this request for allowance of claim to add additional penalties and interest if legally permissible under the California Revenue & Tax Code, Bankruptcy Code, and other applicable state and federal law.

5. The San Diego County Treasurer-Tax Collector reserves the right to assess legal fees and costs incurred after this proof of claim is filed, if such fees and costs are legally permissible under applicable state and federal law.

6. This attachment shall not be deemed as a waiver of any rights or remedies which are not expressly reserved.

1

Exhibit A - Page 13

**Fill in this information to identify the case:**

Debtor name: Rosamond 5 properties LLC

United States Bankruptcy Court for the: SOUTHERN DIST. OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

    ☑ None

2. **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☑ None

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☑ None

5. **Repossessions, foreclosures, and returns**

    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ☑ None

Exhibit B - Page 14

| Debtor | Rosamond 5 properties LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3: Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4: Certain Gifts and Charitable Contributions

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

## Part 5: Certain Losses

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

## Part 6: Certain Payments or Transfers

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Totaro & Shanahan | Filing Fee Paid 11,000 for Pre-Petition work on Expedited basis | 09/25/2022 | $2,000.00 |
| | Address | | | |
| | P.O. Box 789 | | | |
| | Street | | | |
| | Pacific Palisades    CA    90272 | | | |
| | City         State    ZIP Code | | | |
| | Email or website address | | | |
| | | | | |
| | Who made the payment, if not debtor? | | | |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 2

Exhibit B - Page 15

| Debtor | Rosamond 5 properties LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
  ☐ No. Go to Part 10.
  ☐ Yes. Fill in below:

| Debtor | Rosamond 5 properties LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☑ None

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☑ None

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?
    Include settlements and orders.

    ☑ No
    ☐ Yes. Provide details below.

| Debtor | Rosamond 5 properties LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

   ☒ No
   ☐ Yes. Provide details below.

24. Has the debtor notified any governmental unit of any release of hazardous material?

   ☒ No
   ☐ Yes. Provide details below.

### Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☒ None

26. **Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☒ None

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☒ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☒ None

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ☒ None

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☒ No.
    ☐ Yes. Give the details about the two most recent inventories.

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Patrick Kealy | 936 Monterey Blvd. Hermosa Beach, CA 90254 | Managing Member | 100% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

   ☒ No
   ☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Exhibit B - Page 18

| Debtor | Rosamond 5 properties LLC | Case number (if known) |
|---|---|---|
| | Name | |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

**Part 14:  Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/25/2022**
         MM / DD / YYYY

X _____     Printed name  **Patrick Kealy**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes