**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Michael R. Totaro    102229
Totaro & Shanahan
P.O. Box 789
Pacific Palisades, CA 90272
(888) 425-2889 (v)
(310) 496-1260 (f)
ocbkatty@aol.com

Order Entered on
December 13, 2022
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Rosamond 5 Properties, LLC,

Debtor.

BANKRUPTCY NO. 22-02483-CL11

Date of Hearing: None
Time of Hearing: DNA
Name of Judge: Chief Judge Christopher B. Latham

## ORDER ON
### EXPARTE APPLICATION OF DEBTOR TO ENLARGE THE TIME TO FILE ITS MOTION TO INCUR DEBT POST PETITION

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. 77.

//
//
//
//
//
//
//

DATED: December 13, 2022

Judge, United States Bankruptcy Court

ORDER ON EXPARTE APPLICATION OF DEBTOR TO ENLARGE TIME TO FILE MOTION TO INCUR DEBT POST PETITION
DEBTOR: ROSAMOND 5 PROPERTIES, LLC                           CASE NO: 22-02483-CL11

Upon review of the Exparte Application by Debtor to Enlarge the time to file its Motion to Incur Debt Post Petition (the "Application") with Declaration of Patrick Kealy and Maureen J. Shanahan, filed on December 9, 2022 as Docket 77, the Court finds Debtor has shown cause pursuant to Federal Rules of Bankruptcy Procedure Rule 9006(b), therefore:

IT IS HEREBY ORDERED:

1. Debtor's Application is GRANTED;

2. Debtor shall file its Motion to Incur Debt Post Petition no later than December 23, 2022..

CSD 1001A

Signed by Judge Christopher B. Latham December 13, 2022