TENTATIVE RULING

ISSUED BY JUDGE CHRISTOPHER B. LATHAM

Debtor: ROSAMOND 5 PROPERTIES LLC

Number: 22-02483-CL11

Hearing: 02:00 PM  Monday, January  9, 2023

Motion: STATUS CONFERENCE ON CHAPTER 11 PETITION (fr. 12/19/22)

The court will **hear** the matter.