AMENDED TENTATIVE RULING

ISSUED BY JUDGE CHRISTOPHER B. LATHAM

Debtor: ROSAMOND 5 PROPERTIES LLC

Number: 22-02483-CL11

Hearing: 02:00 PM  Monday, January 9, 2023

Motion: STATUS CONFERENCE ON CHAPTER 11 PETITION (fr. 12/19/22)

Before the court is Debtor's continued Chapter 11 status conference.  The parties recently stipulated to continue three pending stay relief motions to January 30, 2023 at 2:30 p.m. (ECF Nos. 116, 117, 118).  And the court entered orders approving those (ECF Nos. 119, 120, 122).  So consistent with the court's previous minute order (ECF No. 95), it **continues** this matter to be heard alongside those on **January 30, 2023 at 2:30 p.m.** Appearances at the January 9, 2023 hearing are excused.